ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)   PAGE 1

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 25 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

Paul D. Battle
_____
Plaintiff

v.

Hinds County Detention Center
_____
Defendant

CASE NO. 3:24-cv-168-KHJ-MTP

### PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT

1. The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

   A. Legal name: Paul DeAnthony Battle

   B. Name under which sentenced: Use of force

   C. Inmate identification number: 22.30000 2839

   D. Plaintiff's mailing address (street or post office box number, city, state, ZIP): _____

   E. Place of confinement: Hinds County Raymond Detention Center

2. Plaintiff names the following person(s) as the Defendant(s) in this civil action:

   Name: Tyree Jones + Hinds County Officers

   Title (Superintendent, Sheriff, etc.): Tyree Jones

   Defendant's mailing address (street or post office box number, city, state, ZIP): 450 County Farm Rd Raymond MS

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                                    PAGE 2

Name: Hinds County Sheriff Officers
Title (Superintendent, Sheriff, etc.): Tyree Jones
Defendant's mailing address (street or post office. box number, city, state, ZIP): 1450 County Farm Rd Raymond MS

Name: Lt. Nelson Tyler II, Sgt Scott
Title (Superintendent, Sheriff, etc.): Tyree Jones
Defendant's mailing address (street or post office box number, city, state, ZIP): 1450 County Farm Rd Raymond MS

Name: Sgt. Scott
Title (Superintendent, Sheriff, etc.): Sgt
Defendant's mailing address (street or post office box number, city, state, ZIP): 1450 County Farm rd Raymond Ms

(If additional Defendants are named, provide on separates sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3. Have you commenced other lawsuits in any other court, state or federal, dealing with or pertaining to the same facts that you allege in this lawsuit or otherwise relating to your imprisonment?   ☐ Yes   ☑ No

4. If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

   A. Parties to the lawsuit:
      Plaintiff(s): _____
      Defendant(s): _____
   B. Court: _____          C. Docket No.: _____
   D. Judge's Name: _____   E. Date suit filed: _____
   F. Date decided: _____   G. Result (affirmed, reversed, etc.): _____

5. Is there a prisoner grievance procedure or system in the place of your confinement?   ☐ Yes   ☑ No

6. If "Yes," did you present to the grievance system the same facts and issues you allege in this complaint? (See question 9, below).   ☐ Yes   ☐ No

7. If you checked "Yes" in Question 6, answer the following questions:

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                    PAGE 3

A. Does the grievance system place a limit on the time within which a grievance must be presented?   ☐ Yes   ☒ No

B. If you answered "Yes," did you file or present your grievance within the time limit allowed?   ☐ Yes   ☐ No

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint. State everything you did to present your grievance(s). Be specific. Include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly.

I was not allowed to present a grievance at the Hinds County Raymon Detention Center. They prevented it by throwing me in the whole for a month with no medical attention or phone call. I wasn't able to keep non of my paper work, numbers, or property.

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was.

I ask for medical visits for to place a grievance but never recieved or was allowed one.

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)    PAGE 4

> Special Note: Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8. If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:

I had no oppertunity untill now to respond. there is no grievance procedure at that jail and on that day they use fear tectics. the officer tazed me and threw me in lock down C-4 unit bottom cell. I wasnt able to come out of the cell for about a month

9. Write below, as briefly as possible, the facts of your case. Describe how each Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9.

(1) On October 24 I fled C-2 unit for fear of inmates being malicious and threatning me. I ran to C-1 unit for saftey. Upon arriving Sgt Scott saw me and immediatly pointed a taser at my head, I put my hands up begging not to be tased backing up slowly, as soon as I took my eyes off his eyes backing up he shot me in the chest with the tase gun. I shook getting tased and fell to the floor. he let off the tazer and I yelled why you tase me. He immedeatly press back on the trigger saying "shut the "fuck up talking" and put yo hands behind yo back", all while holding the trigger tasing me immensly. He let it go the second time. I put my hands behind my back frecklessly weaked. Then he press on the trigger a third time saying "Ride It". That time for about 15 minutes long. After I was cuffed by officers and unable to response being dazed and discombobitated was thrown in lock down C-4. I made commessarry that day I never received.

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)   PAGE 5

(2) Tyler, Nelson send h my cell the day I made commessary the following week out the hole, he found a phone inside a matt the jail gave me and threw me back in the hole and lost another 100+ dollars of commessarry and only gave me a matt for another 15 to 30 days in September 2023 (3) another commessary take November upon next store

10. State briefly exactly what you want the court to do for you. Do not make legal arguments. Do not cite legal authority.

I'm Seeking for Justice from this Court and my favor Sue Hinds County Sheriff Officers C/O Scott, Lt. Nelson Tyler II, Tyree Jones, + Hinds County Jail for using a use of force on me when it's not prohibited in the Jail of Hinds County when I wasn't opposing No Threat to the staff and it on Camara to prove that I was in the right October 24 2023 Where I lost $350 worth of Canteen food, hygiene + Clothing that was stolen by other inmates that wasn't replace I wish to sue them for 100k for all the pain + suffering I went threw and hard earn family money that was taken And wish my Charges to be drop

This Complaint was executed at (location): Hinds County Raymond Detention Center
and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date: 3/20/2024                        Paul Battle
                                        Plaintiff's Signature

I'm requesting for page 6 to the 1983 form Tallahatchie County Correctional Facility didn't have it in they stack If yall would provide it for me & I preciate it hope to hear from yall soon!