UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**PAUL DE ANTHONY BATTLE,**　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**# 22300002839**

**VERSUS**　　　　　　　　　　　　　　　　　**CIVIL ACTION NO. 3:24cv168-KHJ-MTP**

**HINDS COUNTY DETENTION CENTER,**
**TYREE JONES, JOHN DOES, NELSON**
**TYLER, and SERGEANT SCOTT**　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER REQUIRING PLAINTIFF TO RESPOND

BEFORE THE COURT is pro se Plaintiff Paul De Anthony Battle's Complaint [1]. He is incarcerated at the Tallahatchie County Correctional Facility, and he challenges the conditions of his prior confinement at the Hinds County Detention Center in Raymond, Mississippi. The Court has considered and liberally construed the pleadings and is of the opinion that more information is needed in order to assess the allegations.

Accordingly, Battle shall respond in writing, to the following:

(1) How did Tyree Jones violate your constitutional rights?

(2) How did Lieutenant Nelson Tyler violate your constitutional rights?

(3) How did Sergeant Scott violate your constitutional rights?

(4) Provide the (a) name and (b) address of the person you claim used excessive force on you, and (c) explain how he or she did so.

The responses shall be filed with the Court no later than June 3, 2024.

**IT IS THEREFORE ORDERED** that pro se Plaintiff Paul De Anthony Battle shall file a response consistent with this Order **no later than June 3, 2024**. Failure to timely respond to

any order of the Court may result in the dismissal of this case.

**SO ORDERED**, this the 20th day of May, 2024.

s/ Michael T. Parker  
UNITED STATES MAGISTRATE JUDGE