

pg1

3:24-CV-168

(1) Tyree Jones is the sheirff of these officers at this facility. My constitutional right violations happend under his supervision as sheirff. Therefore holds him accountable and make him sole resposible of each incident my admendmant rights was violated

(2) Lieutenant Nelson Tyler violated my constitutional rights by doing unreasonable search and seizure on my cell. It was the day before Thanks Giving. November 22, 2023. At that evening Tyler approached my cell. He was talking about a "Picnic." He asked "do I know what it means, and where it came from". Then he told me it meant "Pick a nigger". Shortly after he ran to a small commotion downstairs and my door was shot. A few minutes later Tyler and Office that he brought back with him, by the name Terell came back to my cell door. Tyler opened my cell door walked in and began confiscating all of my foods recently bought from commissary. Then Tyler told me and my cellmate to step out of the cell. Tyler Then told officer Terell to come in. After he bagged up all of my commissarry, I was searched and handcuffed.

pg 2

He then told Terell to take me to the hole (C4 lockdown). Going towards the hole I asked Terell was I getting my food and belongings. He assured me he bring them but never did. So I arrived in C4 pod which is lockdown 24 hour cells. He then uncuffed me and put me in cell 107. There was blood on the floor all over and toilet, plus there was Feces "do do" all over the wall. It downed on me I was forced to leave all my clothes, towels, toothbrush, toothpaste, shoes, sock, boxer briefs, and food ect in my old pod which was C2 pod. I had no blankets or anything. This was a violation of my eighth admendment, which should have provided me living rights from cruel and unasual punishment and inadeqate care.

(3)(4) Sergeant Scott, located in C unit, day shift, Raymond Detention Center. He violated the constitution of my eighth admendment rights also. This is how. On October 25, 2023. I fleed from C2 pod, where I was housed, in my boxer breifs and T-shirt. I left fleed soon as I got an oppertunity to C1 pod for safty. Sergeant Scott arrived at C1 pod looking for me. When he identified me, without asking any questions. He pointed a taser gun to my face. Demanding, "put my hand behind my back". Fearful because of the harsh treatment I had been recieving from officers at this institution. I start backing up slowly, with my hands showing in front of me, in a doward position. Begging not to be tased.

pg 3

As I continually beg backing up, I took my eyes off Scott a milisecond, looking down at my hands and was shot in the chest with a three prong taser. Immediately I felt the jolts from the gun and started falling frozenly to the ground on my side. After 15 seconds he let go of the trigger. So I yelled, "What you tased me for". Then he pressed the trigger again since the prongs was still attached to my chest and responded while holding the trigger, "shut the fuck up and roll over and put your hands behind yo back". Immediately I felt the jolts again. This time more intense as if he increased the voltage. After 60 seconds this time he let it go off the trigger. So now, I rolled off my side on the floor to on my stomach and put my hands behind my back. Now he says, "ride it". Then pressed the trigger a third time since the prongs was still attached to my chest. The voltage felt now to increased than the previous two times. As if this was max voltage. While he held it this third time, I urinated on myself, on the floor, and in my all white boxer breifs. This was all I had worn for pants over there. After 15 minutes he let go of the trigger. Thats when he told the other officers that had arrived by then, that only watched. To take the prongs off me and cuff me. Then I was thrown in the hole (CC4 lockdown). The next morning my chest was horting as I noticed burn marks and a little raw flesh where the prongs from the gun was attached. I asked every day to see medical which I was denied.

pg 4

I wasn't able to shower or make a call or any form of communication, since there are no phones in lockdown. Plus I was in the cell 24 hours a day for 20 days. Which make this a violation of my 8th admendmant right for use of excessive force.

Paul D Batth
Paul D Batth