3:24-cv-168

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 21 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

Paul D. Battle
#22300002839

1. Yes, I am suing Officer Terrell. Because he watched Lieutenant Tyler pack my commisarry. Then he took me to the hole (lockdown) without it. Then he lied to me That he would bring it after I asked about it. But, he never did. This negligence is a violation of my rights which it states in the 8th admendant.

2. Yes, I am claiming I was denied medical treatment. First, by Sergeant Scott (C pods day shift officer). He also is the one who tased me. I asked Sergeant Scott daily, in the hole, to let me see medical. Yet, he just left me locked behind my door 24 hours a day, with burn and pink flesh on my chest from the taser. Next, Officer Dobson (day shift officer of moving and housing inmates) came by to my cell. He asked me what had happened with Sergeant Scott. I told him how I was tased then thrown in the hole and have not seen medical. But, yet still, no help. Third Officer Brittany Milton (she was at that time one of the night shift officers of C pod) came by my cell. This was a week later still in the hole. I plead to her for help explaining all that had happened with Sergeant Scott. I told her How I had been refused medical and that now I was sitting in the hole with burn marks on my chest. But still, no help. violate 8th admendant

3. Yes, I am claiming I was denied a shower. Sergeant Scott - C unit - after he tased me, He through me directly in the hole. I was denied anything outside my cell. I was locked behind a door for a month by Sergeant Scott for 24 hours a day.

P.S.: As I write I do fear for my life and safty from these officers because they are in cohorts with each other and I do have to return to Hinds County Detention Center for Courtin the following weeks. So I ask for some type of protective measure from these officers when I returned. If it may be granted. I also will enclose a statement written from an inmate that was in CJ pod the day I was tased.

I Micheal Owens who was houst on C-1 pod notice a inmate name Paul Battle who came from next door C-2 pod running for his life. He was looking for help. Sargrent Scott Arrive on the seen talking all loud toward MR Battle with his hand on his taster gun. MR Battle was trying to speak But Sargrent Scott was talking over him. I notice MR Battle was walking backward with his hands in the air Sargrent Scott just pull out his taster gun in point it toward MR Battle saying hush the fuck up. Then he just shot him in the chest MR Battle feld down on the floor. Sargrent Scott remove his hands on the taster until MR Battle start back talking saying I need help. Sargrent Scott put his hands back on the taster he started tasting him all back over why he was asking for help he did not let go the trigger until MR Battle use it on his self wetting the floor Thank you. Micheal Owens

*Micheal Owens* (signature)