UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

PAUL DEANTHONY BATTLE                                                    PLAINTIFF

V.                                          CIVIL ACTION NO. 3:24-CV-168-KHJ-MTP

TYREE JONES, et al.                                                    DEFENDANTS

ORDER

Under 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b), the Court may designate a magistrate judge to hear a prisoner petition challenging conditions of confinement. The Court refers this case to Magistrate Judge Michael T. Parker for all further proceedings provided for by Section 636(b)(1)(B) and Rule 72(b), including the conducting of hearings and submitting to the District Judge proposed findings of fact and recommendations for the disposition of this case.

Failure to advise the Court of a change of address or to comply with any court order will be deemed a purposeful delay and may result in the dismissal of this case.

SO ORDERED, this 25th day of November, 2024.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE