This is Paul D. Battle my former number was 22300002639 now it has changed to 07700090997. I am back in tutwiler, Tallahatchie County Correctional Facility. In my former letter I advised I would go back to Raymond Detention Center for court. I did go and was assaulted while I was there. I reached out but to no help as again. Now I would like to know where are we on my case and on moving foward.

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 27 2025
ARTHUR JOHNSTON
BY _____ DEPUTY