Paul Battle # 77Q0090997

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 04 2025
ARTHUR JOHNSTON
BY            DEPUTY

In response to the letter I recently received. I notice a couple names as unknowns. I also notice Tyree Jones served answer due date says 2/5/2005. It is 2025. Also, Seargent Scot names says unknown. I'm not sure if his name is spelled with two T's or one. If it's Scot or Scott. Plus Officer Terell last name Thorton. I dont know if Terell is spelled with two r's or one. But I positive his last name is Thorton. Terell Thorton but we call him Officer Thorton. I believe everything else is up to date.