# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**PAUL DEANTHONY BATTLE,**  **PLAINTIFF**
**# 07700090997**

**VERSUS**  **CIVIL ACTION NO. 3:24cv168-KHJ-MTP**

**TYREE JONES, JOHN DOES, NELSON TYLER, JOHN SCOTT, OFFICER TERRELL, JAMES DOTSON, and BRITTANY MILTON**  **DEFENDANTS**

## ORDER AMENDING DOCKET

BEFORE THE COURT is a Letter [38] from pro se Plaintiff Paul DeAnthony Battle. He is a pretrial detainee in the Tallahatchie County Correctional Facility, and he challenges the conditions of his prior confinement in the Hinds County Detention Center. He asserts that Defendant Officer Terrell's full name is Terrell Thorton. The Clerk of Court shall amend the docket accordingly.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall change Defendant Officer Terrell's name on the docket to "Terrell Thorton."

**SO ORDERED**, this the 7th day of February, 2025.

s/ Michael T. Parker
UNITED STATES MAGISTRATE JUDGE