Paul Battle # 7700Q90997

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 18 2025
ARTHUR JOHNSTON
BY_____ DEPUTY

In response to the letter I received from Butler Snow recently. Under the First Defense, it states I have no claim upon a relief may be granted. The relief amount I put was in one of my first couple letters, when I started this suit. The amount I would like for relief is $200,000 two hundred thousand dollars. Also, I would like to respond to the defendants under Complaint number 6. It states I failed to timely and properly grieve my complaints. In response, I would state, there was no way to put in a grievance timely and properly at that time. There was no forms on the pod or electronic device, that they have now on the wall. Only way would have been word of mouth. Which I tried, but as of now I see all officers deny all my claims. I will sedd the letter from Butler Snow also, if, the Judge or any one in office needs it.