Thorton is a officer in Raymond Detention Center.

I am now currently housed in Tallahatchie Correctional Facility. All I am for sure of is that the pronounciation of his ~~First~~ name is Thorton. I am not sure if it is spelled that way, or if his First name is Terrell or spelt that way. Since I am currently incarcerated, I am trying the best that I can with the limited resources I have acess to.

I apologize for any inconvience. I am asking for help if anyone could assist, because it is needed. They have taken all paper from Hinds County inmates here. Including stamps and envelops. I bessed for week From Correctional Officers here to help getting this back for these purposes. So there for, Any help with name spelling correction is much obliged and or paper and stamps plus envelops.

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 3 1 2025
ARTHUR JOHNSTON
BY _____ DEPUTY

Paul Battle #7700090997