This is Paul Battle. Formerly Known as #077000090997. I am acknowledging the court to inform them of the fact, that I am now released from jail and a free man. I am also acknowledging the court, That I will like to continue my suit.

I also will like to comment on it, The last I can recall is was about officer Thornton. The officer name on facebook (a public social media site) is spelled Terrell Thornton. His page is public so you may so look at the officer from a google search. Secondly I will like a change of mailing address. The new mailing address will be 205 colonial Dr. Jackson Mississippi 39204. The same as I'm sending this letter from.

Paul D Battle