IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**PAUL DEANTHONY BATTLE, #07700090997**                                     **PLAINTIFF**

**VERSUS**                                         **CIVIL ACTION NO. 3:24-cv-168-MTP**

**TYREE JONES, JOHN DOES, NELSON
TYLER, JOHN SCOTT, TERRELL THORNTON,
JAMES DOISON, and BRITTANY MILTON**                                      **DEFENDANTS**

### TYREE JONES, LT. NELSON TYLER, JOHN SCOTT, AND BRITTANY MILTON'S RESPONSE TO COURT ORDER NO. 56

Tyree Jones, Lt. Nelson Tyler, John Scott, and Brittany Milton, by and through counsel, and in response to the Court's June 30, 2025, Order (*CM/ECF Doc. No.* 56), would show unto the Court as follows:

1. On June 30, 2025, the Court directed the undersigned to produce:

(1) any incident report relating to the alleged tasing or cell phone incident;

(2) any Rule Violation Reports or other disciplinary procedures relating to Plaintiff from October 24, 2023, to December 1, 2023;

(3) any records of commissary items purchased by or on behalf of the Plaintiff while at the Hinds County Detention Center from October 1 to November 30, 2023;

(4) any records of the property and commissary items removed from Plaintiff's cell in October or November of 2023;

(5) any Administrative Remedy Program requests, grievances, and letters that he filed, mailed, or attempted to file from October 24, 2023 to date regarding his claims;

(6) any responses to those requests, grievances, and letters;

(7) Plaintiff's institutional file showing his housing or cell assignments from October 1, 2023, to December 31, 2023; and

(8) the names of witnesses with knowledge of the events in question or that Defendants will rely on to support their defenses.

*See CM/ECF Doc. No.* 56, pg. 2-3.

2. Pursuant to the Order, Defendants are producing Plaintiff's inmate file, Bates labeled as CLT-(BATTLE)-000001-000064, which includes Plaintiff's assignment to general population housing, and Plaintiff's medical file.

3. Inquiry has been made as to Hinds County, Mississippi's records to determine if there are any documents related to:

(1) any incident report relating to the alleged tasing or cell phone incident;

(2) any Rule Violation Reports or other disciplinary procedures relating to Plaintiff from October 24, 2023, to December 1, 2023;

(3) any records of commissary items purchased by or on behalf of the Plaintiff while at the Hinds County Detention Center from October 1 to November 30, 2023;

(4) any records of the property and commissary items removed from Plaintiff's cell in October or November of 2023;

(5) any Administrative Remedy Program requests, grievances, and letters that he filed, mailed, or attempted to file from October 24, 2023, to date regarding his claims; and

(6) any responses to those requests, grievances, and letters.

4. As of the date of this filing, Defendants have not located records which respond to the categories identified in paragraph 3 of this Response. Defendants will seasonably and promptly amend this Response if any of the aforementioned documents are discovered.

5. Upon information and belief, Defendants have identified the following witnesses who have knowledge of the events alleged:

(1) Lt. Nelson Tyler;

(2) John Scott;

(3) James Dotson;

(4) Terrell Thornton; and

(5) Brittany Milton

**DATE:** July 28, 2025.

Respectfully submitted,

**TYREE JONES, LT. NELSON TYLER, JOHN SCOTT, AND BRITTANY MILTON**

BY:   /s/ *Kevin J. White*
         One of Their Attorneys

WILLIAM R. ALLEN (MSB #100541)
KEVIN J. WHITE (MSB #101619)
WILLIAM D. BOYD (MSB #106220)
Butler Snow, LLP
1020 Highland Colony Pkwy.
Suite 1400
Ridgeland, MS 39157
Tel: 601-948-5711
Fax: 601-985-4500
will.allen@butlersnow.com
kevin.j.white@butlersnow.com
will.boyd@butlersnow.com

3

## **CERTIFICATE OF SERVICE**

I, the undersigned, of Butler Snow, LLP, one of the attorneys for Defendants hereby certify that on this day, I electronically filed the foregoing Response to Court's Order with the Clerk of the Court using the ECF system, which gave notification of the same to:

>Charles E. Cowan, Esq.
>Wise, Carter, Child & Caraway, PA
>P. O. Box 651
>Jackson, MS 39201
>cec@wisecarter.com
>
>Charles W. Kihm, Esq.
>Wise, Carter, Child & Caraway, PA
>P. O. Box 651
>Jackson, MS 39201
>cwk@wisecarter.com
>   *Attorneys for Defendant Officer James Dotson*

and delivered a true and actual copy via U.S. Mail to:

>Paul DeAnthony Battle
>205 Colonial Drive
>Jackson, MS 39204
>   *Pro Se Plaintiff*

This the 28th day of July 2025.

>>>*/s/ Kevin J. White*
>>>OF COUNSEL

95006714.v1

4