IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**PAUL DEANTHONY BATTLE, #22300002839**                      **PLAINTIFF**

v.                                         **CIVIL ACTION NO. 3:24-CV-168-KHJ-MTP**

**TYREE JONES, JOHN DOES, NELSON TYLER, SERGEANT SCOTT, OFFICER TERRELL, OFFICER DOTSON, and BRITTANY MILTON**                                 **DEFENDANTS**

## DEFENDANT OFFICER JAMES DOTSON'S MOTION FOR SUMMARY JUDGMENT

For the reasons set forth in the memorandum brief submitted concurrently herewith, Defendant Officer James Dotson moves this Court for entry of summary judgment in his favor pursuant to Fed. R. Civ. P. 56(c). In support of the instant Motion, he submits the following exhibits:

Exhibit "A": Paul Battle – Full Patient History

Exhibit "B": Paul Battle – Jail Record File

This the 31st day of July, 2025.

Respectfully submitted,

**OFFICER JAMES DOTSON, DEFENDANT**

By:     /s/ *Charles W. Kihm*

OF COUNSEL:

CHARLES E. COWAN (MSB #104478)
CHARLES W. KIHM (MSB #106826)
WISE, CARTER, CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi 39205
T: (601) 968-5500
cec@wisecarter.com
cwk@wisecarter.com

## **CERTIFICATE OF SERVICE**

      I, Charles W. Kihm, hereby certify that I have electronically filed the foregoing with the Clerk of Court using the ECF system, which automatically sent email notification to all counsel of record. I also served a copy of the foregoing on the following non-ECF participant:

    Paul Deanthony Battle
    205 Colonial Drive
    Jackson, MS 39204

This the 31st day of July 2025.

                                                /s/ *Charles W. Kihm*
                                                CHARLES W. KIHM