**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISCTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**PAUL DEANTHONY BATTLE, #22300002839**                    **PLAINTIFF**

**v.**                    **CIVIL ACTION NO. 3:24-CV-168-KHJ-MTP**

**TYREE JONES, JOHN DOES, NELSON
TYLER, SERGEANT SCOTT, OFFICER
TERRELL, OFFICER DOBTSON, and
BRITTANY MILTON**                    **DEFENDANTS**

<u>**DEFENDANT OFFICER JAMES DOTSON'S MOTION FOR SUMMARY JUDGMENT**</u>

<u>EXHIBIT B</u>

PAUL BATTLE – JAIL RECORD FILE

(TO BE FILED SUBJECT TO RESTRICTED ACCESS)

**Exhibit
"B"**