# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**PAUL DEANTHONY BATTLE**                                                    **PLAINTIFF**

**VERSUS**                                               **CIVIL ACTION NO. 3:24cv168-MTP**

**TYREE JONES, JOHN DOES, NELSON TYLER, JOHN SCOTT, TERRELL THORNTON, JAMES DOTSON, and BRITTANY MILTON**                                  **DEFENDANTS**

## SECOND ORDER TO IDENTIFY DEFENDANT

This matter is before the Court *sua sponte*. Defendant Terrell Thornton has not been served with process, because the parties dispute the name of this officer. Without more identifying information, such as a current address, the Court is unable to have process served on this Defendant.

It is *pro se* Plaintiff Paul Deanthony Battle's responsibility to prosecute this case, including identifying Defendants for service of process. Plaintiff shall provide a current street address for Thornton. The response shall be filed with the Court no later than September 25, 2025.

**IT IS, THEREFORE, ORDERED** that *pro se* Plaintiff Paul Deanthony Battle shall file a response consistent with this Order **no later than September 25, 2025**. Failure to timely comply may result in the dismissal of Defendant Terrell Thornton.

**SO ORDERED**, this the 11th day of September, 2025.

                                                     s/ Michael T. Parker
                                                     UNITED STATES MAGISTRATE JUDGE