UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**PAUL DEANTHONY BATTLE**                                                                      **PLAINTIFF**

**VERSUS**                                                        **CIVIL ACTION NO. 3:24cv168-MTP**

**TYREE JONES, JOHN DOES, NELSON
TYLER, JOHN SCOTT, TERRELL
THORNTON, and BRITTANY MILTON**                                                **DEFENDANTS**

## ORDER LIFTING STAY

This matter is before the Court *sua sponte*. Having addressed Defendant James Dotson's Motion for Summary Judgment [60], the stay of proceedings [69] that was entered on August 29, 2025 is hereby lifted. Any discovery permitted by the Omnibus Order [56] that remains outstanding shall be completed and served by October 10, 2025. The motion deadline is extended to November 3, 2025.

**IT IS, THEREFORE, ORDERED** that the stay of proceedings is lifted in this case, and the case management deadlines are amended consistent with this Order.

**SO ORDERED**, this the 19th day of September, 2025.

s/ Michael T. Parker
UNITED STATES MAGISTRATE JUDGE