IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

PAUL DEANTHONY BATTLE, #07700090997                                    PLAINTIFF

VERSUS                                   CIVIL ACTION NO. 3:24-cv-168-KHJ-MTP

TYREE JONES, JOHN DOES, NELSON
TYLER, JOHN SCOTT, TERRELL THORNTON,
JAMES DOTSON, and BRITTANY MILTON                                   DEFENDANTS

### TYREE JONES, NELSON TYLER, JOHN SCOTT, AND BRITTANY MILTON'S MOTION FOR SUMMARY JUDGMENT

Defendants, Tyree Jones, Nelson Tyler, John Scott, and Brittany Milton (hereafter collectively "Movants"), by and through counsel, and pursuant to Rule 56 of Federal Rules of Civil Procedure, submits their Motion for Summary Judgment. In support of this Motion, and as required by Rule 7(b)(4) of the Local Uniform Civil Rules of the United States District Courts for the Northern and Southern Districts of Mississippi, Movants are simultaneously filing a memorandum brief setting forth arguments and authorities related to the following grounds for this Court to grant Defendant's Motion and dismiss Plaintiff's claims against it.

1.      This action arises out of Plaintiff's confinement in Hinds County. *See, Compl.,* [1].

2.      Plaintiff sued pursuant to 42 U.S.C. § 1983 alleging Defendants violated his constitutional rights in numerous ways, including excessive force, denial of medical care, unconstitutional conditions of confinement (sanitation/hygiene; clothing), placement in a segregation cell, bystander liability, and deprivation of property. *Id*. at ¶¶ 9-10.

3. Plaintiff's claims must be dismissed because they fail under the Prison Litigation Reform Act, 42 U.S.C. § 1997 and under § 1983.

4. Plaintiff suffered no significant injury as a result of any alleged violation by Movants. *See, Harper v. Showers,* 174 F.3d 716, 719 (5th Cir. 1999).

5. Plaintiff allegations do not involve any actions taken by Sheriff Tyree Jones personally. *See, Murshid v. Sollie*, No. 3:19-CV-935-FKB, 2022 WL 4962609, at *4 (S.D. Miss. Sept. 12, 2022).

7. Plaintiff's claims are insufficient to overcome Movants' qualified immunity protections. *See, Saucier v. Katz*, 533 U.S. 194 (2001).

8. In further support of the grounds above, Defendants rely upon the following exhibits which they specifically refers to in their supporting memorandum:

   a. Exhibit A- Omnibus Hearing Transcript;

   b. Exhibit B- Incident Report, Bates labeled as CLT-(BATTLE)-000200;

   c. Exhibit C- Booking Information, Bates labeled as CLT-(BATTLE)-000113, 000114;

   d. Exhibit D- Plaintiff Inmate Record, Bates labeled at CLT-(BATTLE)-000099-000189;

   e. Exhibit E- Affidavit of Jamikia Scott

Wherefore, premises considered, for all the reasons cited herein, Defendants respectfully requests that this Honorable Court grant their Motion for Summary Judgment as Plaintiff cannot sustain his burden to defeat Defendant's dispositive effort.

**Date: October 1, 2025.**

Respectfully submitted,

**TYREE JONES, NELSON TYLER, JOHN SCOTT, AND BRITTANY MILTON**

BY:  */s/ Kevin J. White*
       One of Their Attorneys

WILLIAM R. ALLEN (MSB #100541)
KEVIN J. WHITE (MSB #101619)
WILLIAM D. BOYD MSB #106220)
Butler Snow, LLP
1020 Highland Colony Pkwy., Suite 1400
Ridgeland, MS 39157
Tel: 601-948-5711
Email:  will.allen@butlersnow.com
Email:  kevin.j.white@butlersnow.com
Email:  will.boyd@butlersnow.com

3

**CERTIFICATE OF SERVICE**

I, the undersigned, of Butler Snow, LLP, one of the attorneys for Defendants hereby certify that on this day, I electronically filed the foregoing Motion for Summary Judgment with the Clerk of the Court using the ECF system, which gave notification of the same to:

>Charles E. Cowan, Esq.
>Wise, Carter, Child & Caraway, PA
>P. O. Box 651
>Jackson, MS 39201
>cec@wisecarter.com
>
>Charles W. Kihm, Esq.
>Wise, Carter, Child & Caraway, PA
>P. O. Box 651
>Jackson, MS 39201
>cwk@wisecarter.com
>*Attorneys for Defendant Officer James Dotson*

and delivered a true and actual copy via U.S. Mail to:

>Paul DeAnthony Battle
>205 Colonial Drive
>Jackson, MS 39204
>*Pro Se Plaintiff*

This the 1st day of October, 2025.

>*/s/Kevin J. White*
>OF COUNSEL

97706202.v1

4