## Incident Information for Incident #: 231062

**Date:** 10/25/2023
**Time:** 12:29
**Type:** CONDUCT - DISORDERLY CONDUCT

**Report:**
ON OCTOBER 24, 2023 AT APPROXIMATELY 12:29 HOURS WHILE WORKING AT THE RAYMONN DETENTION CENTER. I OFFICER JOHN SCOTT WAS IN C POD C3 UNIT FEEDING WHEN I WAS ADVISED THAT DETAINEE BATTLE, PAUL (77-000909997) WHO WAS ASSIGNED TO C2 UNIT. HE EXETED C2 UNIT AS OFFICER MITCHELL RETRUNED TWO DETAINEES FROM MEDICAL.HE ENTERED C1 UNIT. I OFFICER SCOTT EXITED C3 UNIT ENROUTE TO C1 UNIT. AFTER ARRIVING IN C1 I DISCOVERED DETAINEE BATTLE ON C1 REC YARD. I OFFICER SCOTT GAVE DETAINEE BATTLE SEVERAL COMMANDS TO LEAVE C1 UNIT AND CUFF UP. DETAINEE BATTLE REFUSED TO COMPLY. BY WALKING AWAY FROM ME I OFFICER SCOTT CONTINUED TO ORDER DETAINEE BATTLED TO CUFF UP AND EXIT C1 UNIT. HE CONTINUED TO IGNORE ME WHILE APPERING TO BE HIGH ON SOMETINHG. HE THEN STEPPED IN MY DIRECTION WHICH WAS TAKEN AS AN ACT OF AGGRESSION. I OFFICER SCOTT DEPLOYED MY TASER IN HIS DIRECTION STRICKING HIM IN THE CHESS AREA TO GAIN COMPLIANCE. HE WAS CUFFED THEN ESCORTED TO MEDICAL WHERE HE WAS SEEN BY MEDICAL AND CLEARED. HE WAS THEN PLACED IN C4 LOCK DOWN CELL# 5127 UNTIL FURTHER NOTICE.


EXHIBIT B

CLT-(BATTLE)-000200