

# Hinds County Detention Division Services
## Orientation Sheet

Date: _____

RDC: _____   JDC: _____   WC: _____

I, __Paul Batt__ _____ on the above date have received a copy of the inmate handbook, hippa, prea and grievance and was provided a jail orientation by an employee of the Hinds County Detention Division Services.

_____Paul Bh_____
Inmate's Signature

_____
Officer's Signature

_____
Officer Providing Orientation
(Please Print)

Note: Inmate has indicated that he/she cannot read. Inmate handbook shall be explained in its entirety. H the inmate that additional assistance is needed?

YES _____   NO _____

If yes, who provided assistance? _____

EXHIBIT
C

CLT-(BATTLE)-000113



# RULES/INSTRUCTIONS

- You CANNOT submit or write a grievance and/or Inmate request for another detainee, however you may assist that inmate in doing so.
- All grievances and Inmate request should be submitted to the correct department. If it is something pertaining to Medical you should submit it on a medical request or medical grievance and if it is concerning anything other than Medical it should be submitted on a regular grievance or inmate request.
- You must sign and date your grievance and/or Inmate Request before submitting it.
- Your grievance and/or Inmate Request should only contain one issue at a time. For an example, you CANNOT submit a grievance and/or inmate request with issues about laundry and medical on the same grievance because those are two different departments. In order for your grievance to be assigned to the correct department you will have to write more than one grievance or inmate request on two or more issues.
- You should state clearly the time, date and names of the parties involved in the grievance with all important details of the incident or complaint.
- You may withdraw your grievance at any time by submitting a statement/ inmate request signed and dated to the grievance officer, advising him/her that you wish to withdraw your grievance.
- Disciplinary actions have an appeal process and are NOT addressed in the grievance process.
- Issues regarding matters of the court such as court dates or attorney issues should NOT be addressed through grievance process but should be submitted on an inmate request.
- Request for Protective Custody should NOT be submitted on a grievance form, it should be submitted as an Inmate Request.
- You CANNOT address a grievance to any particular staff. You should submit your grievance and it will be received by the grievance officer and processed accordingly.
- A written response to the inmate's grievance will be made within (10) days of the receipt of the grievance. Once you receive your response to you Inmate Grievance you have (5) working days from the date you received the First Step Response to submit an appeal. Once you appeal is file it will be forwarded to the first level of appeal (i.e. Facility Major, Commander, or Captain) for resolution.
- When submitting an appeal you CANNOT leave the area blank. You should explain in the provided area what you are appealing. If not the grievance officer will respond advising you that the area was blank.
- Should a grievance involve questionable acts or impropriety on part of the corrections staff, the grievance will be forwarded to the Warden.
- You can only submit one grievance on the same issue. If you write duplicate grievances on the same issue it will be rejected and returned to you.
- An improperly submitted grievance (one that does not comply with the above rules or one that directed toward a non-grievance issue) it will be rejected and returned to you.
- Only (1) inmate can submit per grievance/ inmate request. (1) Inmate CAN NOT submit grievance/ inmate request for the entire unit. If everyone in that unit is experiencing the same problem then everyone in the unit must write their grievance/ inmate request individually. If it done then your grievance/ inmate request will be denied.

Signing thus I have read and understand the rules and instructions on submitting a grievance/ inmate Request while housed here at the Hinds County Detention Services.

Signature _____   Date _____

CLT-(BATTLE)-000114