Name: BATTLE, PAUL DEANTHONY

Booking #: 23-00002839          Jacket #: 77-00090997          Local ID: 090997
        DOC #:                        State #:                        FBI #:
      License:                          State:                    Expiration:

        DOB: ▮▮▮▮▮▮▮                         Age: 33                  SSN: ▮▮▮▮▮▮▮
        POB: JACKSON, MS

        Race: B                        Gender: M                  Ethnicity:
      Height: 6' 03''                  Weight: 190              Eye/Hair: BRO/BLK

    Address: ▮▮▮▮▮▮▮▮▮▮
        City: JACKSON                   State: MS                  Zip: 392060000

  Employer: GRADUATION SUPPLY WAREHOUSE
        City: JACKSON                   State: MS                  Zip:
      Phone:                             From:                      To:



## Booking Information

   Booked #: 23-00002839
      Agency: CAPD - CAPITOL POLICE DEPARTMENT
   Booked By: TEMPLETON,MATTHEW (MT9555)     Date:08/25/2023(03:16)

## Arrest Information

      Agency: CAPD - CAPITOL POLICE DEPARTMENT
   Arrested By: (CATE)     Date:08/25/2023(03:11)

## Charge Information

      Charge: FLEEING LEO IN MOTOR VEHICLE (FELONY)
   Arrested By: (CATE)     Date:08/25/2023(03:11)
      Bond Amt:

      Charge: Cont. Subst.: Controlled Substances Classified in
              SchedulesIII and IV Penalties: less than two (2) grams or
   Arrested By: (CATE)     Date:08/25/2023(03:11)
      Bond Amt:

      Charge: POSSESSION STOLEN FIREARM
   Arrested By: (CATE)     Date:08/25/2023(03:11)
      Bond Amt:

## Inmate Property Information

   CLOTHES - 1 GRAY T SHIRT 1 PAIR BLUE SHORTS 1 PAIR TAN SHOES

     MONEY - .58   CENTS PUT IN SMALL PROPERTY   7.00     DROPPED
             INKIOSK

      POSS - 1 BLACK WALLET WITH CARDS 1 PACK GOOD TIMES ROLLING
             PAPERS2 MULTI COLORED SHOE STRINGS 1 BRACELET THAT
             APPEARSTO BE GOLD 2 TICKETS 1 TCL  CELL PHONE WITHOUT
             CASEAND CRACKED CASE

CLT-(BATTLE)-000100

_____     _____
Inmate Signature                     Date


_____     _____
Officer Signature                    Date

CLT-(BATTLE)-000101

**Name:** BATTLE, PAUL DEANTHONY

**Booking #:** 23-00002839    **Jacket #:** 77-00090997    **Local ID:** 090997
**DOC #:**    **State #:**    **FBI #:**
**License:**    **State:**    **Expiration:**

**DOB** ▮▮▮▮▮    **Age:** 33    **SSN:** ▮▮▮▮▮
**POB:** JACKSON, MS

**Race:** B    **Gender:** M    **Ethnicity:**
**Height:** 6' 03''    **Weight:** 190    **Eye/Hair:** BRO/BLK

**Address:** ▮▮▮▮▮
**City:** JACKSON    **State:** MS    **Zip:** 392060000

**Employer:** GRADUATION SUPPLY WAREHOUSE
**City:** JACKSON    **State:** MS    **Zip:**
**Phone:**    **From:**    **To:**

## Booking Information

Booked #: 23-00002839
Agency: CAPD - CAPITOL POLICE DEPAR'
Booked By: TEMPLETON,MATTHEW (MT9555)

```
╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌
╶ ϳk No   1208411
ϳk Date  8/25/2023 3 49'52 AM
7700090997
Name  BATTLE PAUL DEANTHONY
╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌
ϳosit Type Cash
ϳunt Entered     $7.00
                $0.00
ϳdent Deposit  $7.00
╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌╌
AWW C
```

## Arrest Information

Agency: CAPD - CAPITOL POLICE DEPAR'
Arrested By: (CATE)

## Charge Information

Charge: FLEEING LEO IN MOTOR VEHICLE (FELONY)
Arrested By: (CATE)                    Date:08/25/2023(03:11)
Bond Amt:

Charge: Cont. Subst.: Controlled Substances Classified in
SchedulesIII and IV Penalties: less than two (2) grams or
Arrested By: (CATE)                    Date:08/25/2023(03:11)
Bond Amt:

Charge: POSSESSION STOLEN FIREARM
Arrested By: (CATE)                    Date:08/25/2023(03:11)
Bond Amt:

## Inmate Property Information

CLOTHES - 1 GRAY T SHIRT 1 PAIR BLUE SHORTS 1 PAIR TAN SHOES

MONEY - .58   CENTS PUT IN SMALL PROPERTY   7.00      DROPPED
INKIOSK

POSS - 1 BLACK WALLET WITH CARDS 1 PACK GOOD TIMES ROLLING
PAPERS2 MULTI COLORED SHOE STRINGS 1 BRACELET THAT
APPEARSTO BE GOLD 2 TICKETS 1 TCL  CELL PHONE WITHOUT
CASEAND CRACKED CASE

CLT-(BATTLE)-000103

Inmate Signature _____          Date _____

Officer Signature _____          Date _____

CLT-(BATTLE)-000104

# HCSO HEALTH SCREENING FORM
## Hinds County Sheriff's Office

Report Date:
08/25/2023

Officer's Name:
MT9555 · TEMPLETON,MATTHEW

Time:
03:10

Inmate Name:
BATTLE PAUL

Also Known As:

Sex:
MALE

Race:
BLACK

Date Of Birth:
███████████

## A. VISUAL OBSERVATIONS: DOES THE INMATE (CHECK YES OR NO FOR EACH)

Have Any Obvious: Injury-cast-bandage-deformity-amputation-infection
(swollen Glands, Drainage, Jaundice, Rash):
NO

Appear Under The Influence Of Drugs Or Alcohol (confused, Staggering,
Slurred Speech, Unconscious):
NO

Are There Any Needle Marks On The Individual:
NO

Have Any Signs Of Withdrawal (shaking Cramping, Nausea, Pinpoint
Pupils, Perspiring, Diarrhea):
NO

Appear Despondent ("down" Or Depressed) : Or Irrational/craze
(hearing Voices/reacting Strangely):
NO

Is The Inmate Carrying Any Medications Or Drugs (see Section B):
NO

## B. QUESTIONS OF THE INMATE

Is Inmate Unable To Answer Questions:
NO

Taking Any Medications:
YES

List Medications:

Medications Are For:

Are You Now Under Medical Care Or Treatment:
NO

For What:

Where? Hospital/clinic:

Ever Been Hospitalized For Mental Illness:
NO

Ever Been Hospitalized For Drug Abuse:
NO

Ever Been Hospitalized For Alcoholism:
NO

Ever Tried To Kill Yourself:
NO

Do You Use Street Drugs:
NO

## DO YOU HAVE OR THINK YOU HAVE:

Allergies:
NO

If Yes, Describe:

Aids:
NO

Asthma:
NO

Diabetes:
NO

Epilepsy:
NO

Heart Trouble:
NO

Hepatitis:
NO

High Blood Pressure:
NO

Persistent Cough:
NO

Tuberculosis:
NO

Venereal Disease:
NO

Ulcer:
NO

Weight Loss:
NO

Do You Have Any Medical Problems We Haven't Asked About:
NO

If Yes, What:

Women Only, Are You Pregnant Now:
NO

Are You Hurt/injured Now:
NO

Describe:


C. IF A VISIBLE OR AUDIBLE SIGN OR THE ANSWER TO ANY QUESTION INDICATES THAT MEDI

Time Called:


D. INSURANCE INFORMATION

Do You Have Insurance?:
NO

Insurance Information Provided:


E. MEDICAL SERVICES

Did You Inform The Inmate About Medical Services?:
NO


F. ARRESTEE (I ACKNOWLEDGE THE ABOVE ANSWERS)

Arrestee Signature ( Date )


Medical Remarks :


I HEREBY AUTHORIZE AND GIVE CONSENT TO THE HINDS COUNTY MEDICAL DIRECTOR, OR HIS

I AM AWARE THAT THE PRACTICE OF MEDICINE IS NOT AN EXACT SCIENCE AND I ACKNOWLEDG

I FURTHER AUTHORIZE THE RELEASE OF MEDICAL INFORMATION FROM THE HCSO TO REFERRING

Arrestee Signature ( Date )

CLT-(BATTLE)-000107

# HINDS COUNTY DETENTION CENTER SUICIDE PREVENTION SCREENING
## Hinds County Sheriff's Office

Report Date:
08/25/2023

Officer's Name:
MT9555 - TEMPLETON,MATTHEW

Inmate Name:
BATTLE PAUL

Time:
03:12

Sex:
MALE

Date Of Birth:
1/1/1990

Jacket #:

## PERSONAL DATA

Did Arresting/transporting Officer State That He/she Believes That
Inmate May Be A Suicide Risk:
NO

Ask The Inmate The Next 6 Questions:
NO

Does Inmate Have History Of Mental Illness/on Medicine:
NO

Does Inmate Have History Of Drug/alcohol Abuse:
NO

Inmate Stated He/she Is Thinking About Killing Self? If Yes Notify
Shift Supervisor:
NO

Inmate Has Previous Suicide Attempt? (note Method):
NO

Inmate Has History Of Psychiatric Hospitalization And Or Outpatient
Treatment:
NO

Has Inmate Ever Been Arrested Before:
NO

## BEHAVIOR/APPEARANCE

Inmate Shows/displays Signs/feelings Of Hopelessness? (nothing To
Look Forward To In The Future):
NO

Inmate Shows Signs Of Depression? (e.g. Crying, Emotional Flatness):
NO

Inmate Appears Overly Anxious, Afraid, Or Angry:
NO

Inmate Appears To Feel Unusually Embarrassed Or Ashamed:
NO

CLT-(BATTLE)-000108

Inmate Is Acting And/or Talking In A Strange Manner/showing Signs Of
Mental Illness? (e.g. Hearing Or Seeing Things Which Are Not There,
Can Not Focus Attention):
NO

Inmate Is Apparently Under The Influence Of Alcohol Or Drugs:
NO

If Previous Question Is Yes, Is Inmate Incoherent Or Showing Signs Of
Withdrawal From Drugs?  If Yes, Notify Shift Supervisor:
NO

Total:

If The Answer Is Yes On 8 Or More, Notify Shift Supervisor And Place
A 30 Minute Observation Log On The Inmate.  Enter Name Of Shift
Supervisor, Date/time He/she Was Notified

General Comments/observations:

CLT-(BATTLE)-000109

# HINDS MENTAL HEALTH SCREENING FORM
Hinds County Sheriff's Office

Report Date:
08/25/2023

Officer's Name:
MT9555 - TEMPLETON,MATTHEW

Inmate Name:
BATTLE PAUL

Have You Ever Talked To A Psychiatrist, Psychologist, Therapist,
Social Worker, Or Counselor About An Emotional  Problem?:
NO

Notes (how, When, How Long, Etc) If Yes::

Have You Ever Felt You Needed Help With Your Emotional Problems, Or
Have You Had People Tell You That You Should  Get Help For Your
Emotional Problems?:
NO

Notes (how, When, How Long, Etc) If Yes: :

Have You Ever Been Advised To Take Medication For Anxiety,
Depression, Hearing Voices, Or For Any Other Emotional  Problem?:
NO

Notes (how, When, How Long, Etc) If Yes: :

Have You Ever Been Seen In A Psychiatric Emergency Room Or Been
Hospitalized For Psychiatric Reasons?:
NO

Notes (how, When, How Long, Etc) If Yes: :

Have You Ever Heard Voices No One Else Could Hear Or Seen Objects Or
Things Which Others Could Not See?:
NO

Notes (how, When, How Long, Etc) If Yes: :

Have You Ever Been Depressed For Weeks At A Time, Lost Interest Or
Pleasure In Most Activities, Had Trouble  Concentrating And Making
Decisions, Or Thought About Killing Yourself?:
NO

Did You Ever Attempt To Kill Yourself?:
NO

Notes (how, When, How Long, Etc) If Yes: :

Have You Ever Had Nightmares Or Flashbacks As A Result Of Being
Involved In Some Traumatic/terrible Event? For  Example, Warfare,
Gang Fights, Fire, Domestic Violence, Rape, Incest, Car Accident,
Being Shot Or Stabbed?:
NO

Notes (how, When, How Long, Etc) If Yes: :

Have You Ever Experienced Any Strong Fears? For Example, Of Heights,
Insects, Animals, Dirt, Attending Social Events,  Being In A Crowd,
Being Alone, Being In Places Where It May Be Hard To Escape Or Get
Help?:
NO

Notes (how, When, How Long, Etc) If Yes: :

Have You Ever Given In To An Aggressive Urge Or Impulse, On More Than
One Occasion, That Resulted In Serious Harm To  Others Or Led To The
Destruction Of Property?:
NO

Notes (how, When, How Long, Etc) If Yes: :

Have You Ever Felt That People Had Something Against You, Without
Them Necessarily Saying So, Or That Someone Or  Some Group May Be
Trying To Influence Your Thoughts Or Behavior?:
NO

Notes (how, When, How Long, Etc) If Yes: :

Have You Ever Experienced Any Emotional Problems Associated With Your
Sexual Interests, Your Sexual Activities, Or  Your Choice Of Sexual
Partner?:
NO

Notes (how, When, How Long, Etc) If Yes: :

Was There Ever A Period In Your Life When You Spent A Lot Of Time
Thinking And Worrying About Gaining Weight,  Becoming Fat, Or
Controlling Your Eating? For Example, By Repeatedly Dieting Or
Fasting, Engaging In Much Exercise To  Compensate For Binging.:
NO

Notes (how, When, How Long, Etc) If Yes: :

Have You Ever Had A Period Of Time When You Were So Full Of Energy
And Your Ideas Came Very Rapidly, When You  Talked Nearly Non-stop,
When You Moved Quickly From One Activity To Another, When You Needed
Little Sleep, And  Believed You Could Do Anything.:
NO

Notes (how, When, How Long, Etc) If Yes: :

Have You Ever Had Spells Or Attacks When You Suddenly Felt Anxious,
Frightened, Uneasy To The Extent That You Began  Sweating, Your Heart
Began To Beat Rapidly, You Were Shaking Or Trembling, Your Stomach
Was Upset, You Felt Dizzy Or  Unsteady?:
NO

Notes (how, When, How Long, Etc) If Yes: :

Have You Ever Had A Persistent, Lasting Thought Or Impulse To Do
Something Over And Over That Caused You  Considerable Distress And
Interfered With Normal Routines, Work, Or Your Social Relations?:
NO

Notes (how, When, How Long, Etc) If Yes: :

Have You Ever Lost Considerable Sums Of Money Through Gambling Or Had
Problems At Work, In School, With Your  Family And Friends As A
Result Of Your Gambling?:
NO

Notes (how, When, How Long, Etc) If Yes: :

Have You Ever Been Told By Teachers, Guidance Counselors, Or Others
That You Have A Special Learning Problem?:
NO

Notes (how, When, How Long, Etc) If Yes: :



Hinds County Detention Division Services

## Medical Health Assessment Clearance

Client's Name: *Paul B. Hle*      DOB ██████████

## Medical Clearance Verification/Eligibility Status

**Approved** for housing unit:

➤ General Population X

➤ County Farm (Non Insulin Dependent, Non Cpap & Non Nitroglycerin) ___

**Disapproved:** _____ (See Reasons below)

1. Medical Observation Monitoring for _____ (hours) due to medical reasons (for example – blood pressure monitoring, unable to void, etc).

2. Negative Pressure Room Placement pending CXR results

3. Noncompliant with health assessment questioning

4. Other: _____ (please specify)

Intake RN Signature: _____ RN      Date: 8/25/13

Medical Staff Signature: _____ Date: _____

(Retain a copy for patient's medical record. <u>Patient must take colored copy</u> to booking as verification that intake H&P was completed by medical and housing approval and/or disapproval notated.)

CLT-(BATTLE)-000112



Hinds County Detention Division Services

Orientation Sheet

Date: _____

RDC: _____    JDC: _____    WC: _____

I, _Pool HM_____ on the above date have received a copy of the inmate handbook, hippa, prea and grievance and was provided a jail orientation by an employee of the Hinds County Detention Division Services.

_____
Inmate's Signature

_____                         _____
                                                Officer's Signature

_____
Officer Providing Orientation
(Please Print)

Note: Inmate has indicated that he/she cannot read. Inmate handbook shall be explained in its entirety. H the inmate that additional assistance is needed?

                    YES _____    NO _____

If yes, who provided assistance? _____

CLT-(BATTLE)-000113

# RULES/ INSTRUC

- You CANNOT submit or write a grievance and/or Inmate request for another detainee, however you may assist that inmate in doing so.
- All grievances and Inmate request should be submitted to the correct department. If it is something pertaining to Medical you should submit it on a medical request or medical grievance and if it is concerning anything other than Medical it should be submitted on a regular grievance or inmate request.
- You must sign and date your grievance and /or Inmate Request before submitting it.
- Your grievance and/or Inmate Request should only contain one issue at a time. For an example, you CANNOT submit a grievance and/or inmate request with issues about laundry and medical on the same grievance because those are two different departments. In order for your grievance to be assigned to the correct department you will have to write more than one grievance or inmate request on two or more issues.
- You should state clearly the time, date and names of the parties involved in the grievance with all important details of the incident or complaint.
- You may withdraw your grievance at any time by submitting a statement/ inmate request signed and date to the grievance officer, advising him/her that you wish to withdraw your grievance.
- Disciplinary actions have an appeal process and are NOT addressed in the grievance process.
- Issues regarding matters of the court such as court dates or attorney issues should NOT be addressed through grievance process but should be submitted on an inmate request.
- Request for Protective Custody should NOT be submitted on a grievance form it should be submitted as an Inmate Request.
- You CANNOT address a grievance to any particular staff. You should submit your grievance an it will be received by the grievance officer and processed accordingly.
- A written response to the inmate's grievance will be made within (10) days of the receipt of th grievance. Once you receive your response to you Inmate Grievance you have (5) working o business days from the date you received the First Step Response to submit an appeal. Once you appeal is file it will be forwarded to the first level of appeal (i.e., Facility Major, Commander, c Captain) for resolution.
- When submitting an appeal you CANNOT leave the area blank. You should explain in the provide area what you are appealing. If not the grievance officer will respond advising you that the are was blank.
- Should a grievance involve questionable acts or impropriety on part of the corrections staff, th grievance will be forwarded to the Warden.
- You can only submit one grievance on the same issue. If you write duplicate grievances on th same issue it will be rejected and returned to you.
- An improperly submitted grievance (one that does not comply with the above rules or one that directed toward a non-grievance issue) it will be rejected and returned to you.
- Only (1) inmate can submit per grievance/ inmate request. (1) Inmate CAN NOT submit grievance/ inmate request for the entire unit. If everyone in that unit is experiencing the san problem then everyone in the unit must write their grievance/ inmate request individually. If it done then your grievance/ inmate request will be denied.

Signing this I have read and understand the rules and instructions on submitting a grievance/ Inma Request while housed here at the Hinds County Detention Services.

Signature [signature] Date [handwritten date]

PRISON RAPE ELIMINATION – ~ OF 2003 ("PREA )

The Hinds County Detention Division Services has adopted rules of preventing, detecting and responding, to sexual abuse and sexual misconduct in the correction setting.

The Hinds County Detention Services Division has established and implemented a "zero-tolerance" policy regarding sexual misconduct in an effort to make identification, prosecution and elimination of sexual misconducts and sexual abuse a top priority for HCDDS. All inmates have the right to be free from sexual abuse and sexual harassment. All inmates also have the right to be free from retaliation for reporting such incidents.

The HCDDS strives to maintain a safe and secure environment for all offenders incarcerated within the agency. If an offender is being pressured by another offender and/or staff for money, property, or sexual favors, the offender should immediately contact the Facility's PREA Officer, staff officer, or any other employee with whom they feel comfortable. It is imperative that one of these individuals be contacted immediately so that the offender can be removed from a potentially serious situation.

To report allegations of sexual assault, sexual harassment or other sexual misconduct, you have the following options:

- Dial #### on the Unit Kiosk
- File a PREA Grievance on the Kiosk
- Have a family member or friend to make a 3rd party report by dialing (601) 857-2600
- Tell any staff member.

If you are a victim of sexual assault, sexual harassment or other sexual misconduct, it is imperative that you contact your facility's PREA officer or other staff member immediately. DO NOT

- TAKE A SHOWER
- CHANGE CLOTHES
- BRUSH YOUR TEETH.

It is important that evidence be collected to assist in your attacker's prosecution. Physical evidence important because law enforcement relies heavily on the information.

The staff member that you contact will immediately take you to a safe place. You will be referred appropriate medical and mental health treatment.

If you are the perpetrator of a sexual assault, the following are the risks involved.

- The possibility of infection by the HIV virus that causes AIDS or contracting other sex transmitted diseases.
- As an incarcerated felon, you could face a minimum of 5 to 59 years or life
- You risk confinement in Administrative Segregation and/or a reduction in custody due to be danger to other offenders.

3-25-23
DATE

INMATE'S SIGNATURE                    PIN NUMBER

CLT-(BATTLE)-000115

Case # _____
Capitol P.D.
**Arresting Agency**



8/25/23
Date

_____
Time

## DETAINEE ACCEPTANCE FORM

DETAINEE: _Battle_        _Paul_ _____
       Last Name                            First Name

1. Do you have the arrest report and proper identification of the detainee?    Yes__✗__No_____
   If not, why?

2. Was the detainee combative and was use of force necessary?    Yes_____No__✗__
   If so, what force was used?

3. Does the detainee have any injuries? If so, what type and where?    Yes_____No__✗__

4. Did the detainee have to be hospitalized? If so, do you have the proper    Yes_____No__✗__
   release documentation?

5. Was the detainee under the influence of alcohol or any other obvious substances?    Yes_____No__✗__

6. When you searched the detainee was he or she in procession of any drug or weapons?    Yes__✗__No_____
   If so, what type and have the items been processed?

7. Do you have the detainee's personal property?    Yes_____No__✗__

8. Did the detainee have any money and has it been properly secured, sealed,    Yes_____No__✗__
   and labeled? If not, why?

9. Does this detainee meet all of the criteria to be processed for the intake    Yes__✗__No_____
   Completion? If not, why?

10. Is there any additional information we need to know about the detainee?    Yes_____No__✗__
    If yes, what?

Transport/Arresting Officer _R G___ Date: _8/25/23_ Time: _____
Receiving Officer _____ Date: _____ Time: _____

CLT-(BATTLE)-000116

STATE OF MISSISSIPPI FING ?RINT CARD | ARREST TRACKIN ?BER 918627435X
PIN: 7700090997

| 1. LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX | 2. SOCIAL SECURITY NUMBER | 3. DRIVERS LICENSE NUMBER |
|---|---|---|
| BATTLE, PAUL, DEANTHONY | | |
| 4. SIGNATURE OF PERSON FINGERPRINTED | 5. AGENCY CASE NUMBER | 6. SID NUMBER |

| 7. ALIASES, MAIDEN | 8. ARREST TYPE | 9. ARRESTING AGENCY ORI, NAME, ADDRESS |
|---|---|---|
| | ADULT ☒ | MS0250001 |
| | JUVENILE TREAT AS ADULT ☐ | |

| 10. FBI NUMBER | 11. DATE OF ARREST (MM DD YYYY) | 12. DATE OF BIRTH (MM DD YYYY) | 13. SEX | 14. RACE | 15. HEIGHT | 16. WEIGHT | 17. EYES | 18. HAIR |
|---|---|---|---|---|---|---|---|---|
| | 03 30 2021 | | M | B | 603 | 190 | Bro | Bla |

19. SCARS, MARKS, TATTOOS, AND AMPUTATIONS (INCLUDE TATTOO DESCRIPTION)

| 20. MISCELLANEOUS NUMBERS | 21. RESIDENCE (COMPLETE ADDRESS) |
|---|---|



| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|---|
| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |

IDX TP5300ED #I01651 14:33:10          LexmarkC736 #94250D8          20210330 - 14:40

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY

NAME:    BATTLE, PAUL DEANTHONY

PIN:     7700090997
HEIGHT:  603
WEIGHT:  190
SSN:





Name:  BATTLE, PAUL DEANTHONY

| | | |
|---|---|---|
| Booking #: 21-00000848 | Jacket #: 77-00090997 | Local ID: 090997 |
| DOC #: | State #: | FBI #: |
| License: | State: | Expiration: |

DOB: ▇▇▇▇▇▇▇         Age: 31              SSN: ▇▇▇▇▇▇▇
POB: JACKSON, MS

Race:  B              Gender:  M           Ethnicity:
Height: 6' 03''       Weight:  190         Eye/Hair:  BRO/BLK

Address: ▇▇▇▇▇▇▇
City: JACKSON          State: MS            Zip: 392060000

Employer: GRADUATION SUPPLY WAREHOUSE
City: JACKSON          State: MS            Zip:
Phone:                 From:                To:

CLT-(BATTLE)-000118

## Booking & Release Information

          Booked #:   21-00000848
            Agency:   JPD - JACKSON PD
         Booked By:   WILEY,WYNIANCE (WW1537)          **Date:** 03/30/2021(13:44)

        Release By:   , ()                             **Date:** ()
            Reason:
          Comments:

## Arrest Information

            Agency:   JPD - JACKSON PD
      Arrested By:   #359 (S.JORDAN)                   **Date:** 03/30/2021(06:45)

## Charge Information

            Charge:   AGGRAVATED ASSAULT
      Arrested By:   #359 (S.JORDAN)                   **Date:** 03/30/2021(06:45)
          Bond Amt:

## Inmate Property Information

        **POSS**    - SUBJECT HAVE BLACK, SHOE STRINGS, KEYS AND BLACK
                      DU-RAY

      **CLOTHES**   - SUBJECT HAVE ON WHITE T-SHIRT, BLACK SHORT PANTS,
                      BLACKSHOES.

By signing this document you agree that you have received all
of your personal property held by this jail facility.

_____          _____
Inmate Signature                          Date


_____          _____
Officer Signature                         Date

CLT-(BATTLE)-000119





Name:   BATTLE, PAUL DEANTHONY

Booking #:  21-00000848      Jacket #:  77-00090997      Local ID:  090997
     DOC #:                        State #:                    FBI #:
   License:                          State:                Expiration:

       DOB:  ███████████         Age:  31                   SSN:  ███████████
       POB:  JACKSON, MS

      Race:  B                 Gender:  M              Ethnicity:
    Height:  6' 03''           Weight:  190            Eye/Hair:  BRO/BLK

   Address:  ███████████
      City:  JACKSON             State:  MS                    Zip:  392060000

  Employer:  GRADUATION SUPPLY WAREHOUSE
      City:  JACKSON             State:  MS                    Zip:
     Phone:                        From:                        To:

## Booking Information

| | |
|---|---|
| Booked #: | 21-00000848 |
| Agency: | JPD - JACKSON PD |
| Booked By: | WILEY,WYNIANCE (WW1537)    Date: 03/30/2021(13:44) |

## Arrest Information

| | |
|---|---|
| Agency: | JPD - JACKSON PD |
| Arrested By: | #359 (S.JORDAN)    Date: 03/30/2021(06:45) |

## Charge Information

| | |
|---|---|
| Charge: | 97-3-7(2)F - AGGRAVATED ASSAULT |
| Arrested By: | #359 (S.JORDAN)    Date: 03/30/2021(06:45) |
| Bond Amt: | |

## Inmate Property Information

POSS    - SUBJECT HAVE BLACK, SHOE STRINGS, KEYS AND BLACK
DU-RAY

CLOTHES   - SUBJECT HAVE ON WHITE T-SHIRT, BLACK SHORT PANTS,
BLACKSHOES.

## HCSO HEALTH SCREENING FORM
## Hinds County Sheriff's Office

Report Date:
03/30/2021

Officer's Name:
WW1537 - WILEY,WYNIANCE

Time:
13:33

Inmate Name:
BATTLE, PAUL

Also Known As:

Sex:
M

Race:
N

Date Of Birth:
████████████

## A. VISUAL OBSERVATIONS: DOES THE INMATE (CHECK YES OR NO FOR EACH)

Have Any Obvious: Injury-cast-bandage-deformity-amputation-infection
(swollen Glands, Drainage, Jaundice, Rash):
NO

Appear Under The Influence Of Drugs Or Alcohol (confused, Staggering,
Slurred Speech, Unconscious):
NO

Are There Any Needle Marks On The Individual:
NO

Have Any Signs Of Withdrawal (shaking Cramping, Nausea, Pinpoint
Pupils, Perspiring, Diarrhea):
NO

Appear Despondent ("down" Or Depressed) : Or Irrational/craze
(hearing Voices/reacting Strangely):
NO

Is The Inmate Carrying Any Medications Or Drugs (see Section B):
NO

## B. QUESTIONS OF THE INMATE

Is Inmate Unable To Answer Questions:
NO

Taking Any Medications:
No

List Medications:

Medications Are For:

Are You Now Under Medical Care Or Treatment:
NO

For What:

Where? Hospital/clinic:

Ever Been Hospitalized For Mental Illness:
NO

Ever Been Hospitalized For Drug Abuse:
NO

Ever Been Hospitalized For Alcoholism:
NO

Ever Tried To Kill Yourself:
NO

Do You Use Street Drugs:
NO

## DO YOU HAVE OR THINK YOU HAVE:

Allergies:
NO

If Yes, Describe:

Aids:
NO

Asthma:
NO

Diabetes:
NO

Epilepsy:
NO

Heart Trouble:
NO

Hepatitis:
NO

High Blood Pressure:
NO

Persistent Cough:
NO

Tuberculosis:
NO

Venereal Disease:
NO

Ulcer:
NO

Weight Loss:
NO

Do You Have Any Medical Problems We Haven't Asked About:
NO

If Yes, What:

Women Only, Are You Pregnant Now:
NO

CLT-(BATTLE)-000123

Are You Hurt/injured Now:
NO

Describe:

## C. IF A VISIBLE OR AUDIBLE SIGN OR THE ANSWER TO ANY QUESTION INDICATESTHAT MEDICAL ATTENTION IS NEEDED, CALL THE MEDICAL UNIT NOW!!!

Time Called:

## D. INSURANCE INFORMATION

Do You Have Insurance?:
NO

Insurance Information Provided:

## E. MEDICAL SERVICES

Did You Inform The Inmate About Medical Services?:
YES

## F. ARRESTEE (I ACKNOWLEDGE THE ABOVE ANSWERS)

Arrestee Signature ( Date )

Medical Remarks :

I HEREBY AUTHORIZE AND GIVE CONSENT TO THE HINDS COUNTY MEDICAL DIRECTOR,OR HIS OR HER DESIGNATED ASSOCIATES OR ASSISTANTS, TO PROVIDETO ME SUCH MEDICAL, PSYCHIATRIC, DENTAL, DIAGNOSTIC AND EMERGENCYTREATMENT AS DEEMED NECESSARY.

I AM AWARE THAT THE PRACTICE OF MEDICINE IS NOT AN EXACT SCIENCE AND IACKNOWLEDGE THAT NO GUARANTEES HAVE BEEN MADE TO ME AS TO RESULTS OF TREATMENTS.

I FURTHER AUTHORIZE THE RELEASE OF MEDICAL INFORMATION FROM THE HCSO TOREFERRING PHYSICIANS, GOVERNMENT OR HEALTH AGENCIES WITH THE ASSURANCETHAT MY RIGHT TO CONFIDENTIALITY WILL BE FULLY PROTECTED.

Arrestee Signature ( Date )-

CLT-(BATTLE)-000124

# HINDS COUNTY DETENTION CENTER SUICIDE PREVENTION SCREENING
## Hinds County Sheriff's Office

Report Date:
03/30/2021

Officer's Name:
WW1537 - WILEY.WYNIANCE

Inmate Name:
BATTLE, PAUL

Time:
13:34

Sex:
M

Date Of Birth:
█████████

Jacket #:

## PERSONAL DATA

Did Arresting/transporting Officer State That He/she Believes That
Inmate May Be A Suicide Risk:
NO

Ask The Inmate The Next 6 Questions:
YES

Does Inmate Have History Of Mental Illness/on Medicine:
NO

Does Inmate Have History Of Drug/alcohol Abuse:
NO

Inmate Stated He/she Is Thinking About Killing Self?  If Yes Notify
Shift Supervisor:
NO

Inmate Has Previous Suicide Attempt? (note Method):
NO

Inmate Has History Of Psychiatric Hospitalization And Or Outpatient
Treatment:
NO

Has Inmate Ever Been Arrested Before:
YES

## BEHAVIOR/APPEARANCE

Inmate Shows/displays Signs/feelings Of Hopelessness?  (nothing To
Look Forward To In The Future):
NO

Inmate Shows Signs Of Depression? (e.g. Crying, Emotional Flatness):
NO

Inmate Appears Overly Anxious, Afraid, Or Angry:
NO

Inmate Appears To Feel Unusually Embarrassed Or Ashamed:
NO

Inmate Is Acting And/or Talking In A Strange Manner/showing Signs Of
Mental Illness? (e.g. Hearing Or Seeing Things Which Are Not There,
Can Not Focus Attention):
NO

Inmate Is Apparently Under The Influence Of Alcohol Or Drugs:
NO

If Previous Question Is Yes, Is Inmate Incoherent Or Showing Signs Of
Withdrawal From Drugs?  If Yes, Notify Shift Supervisor:
NO

Total:

If The Answer Is Yes On 8 Or More, Notify Shift Supervisor And Place
A 30 Minute Observation Log On The Inmate.  Enter Name Of Shift
Supervisor, Date/time He/she Was Notified

General Comments/observations:

CLT-(BATTLE)-000126



## Hinds County Detention Division Services

### Medical Health Assessment Clearance

Client's Name: _Paul Battle_      DOB _____

### Medical Clearance Verification/Eligibility Status

**Approved** for housing unit:

➤ General Population _____
➤ County Farm (Non Insulin Dependent, Non Cpap & Non Nitroglycerin) ____

**Disapproved:** _____ (See Reasons below)

1. Medical Observation Monitoring for _____ (hours) due to medical reasons (for example – blood pressure monitoring, unable to void, etc).

2. Negative Pressure Room Placement pending CXR results

3. Noncompliant with health assessment questioning

4. Other: _____ (please specify)

Intake RN Signature: _____      Date: 3/30/21

Medical Staff Signature: _____      Date: _____

(Retain a copy for patient's medical record. _Patient must take colored copy_ to booking as verification that intake H&P was completed by medical and housing approval and/or disapproval notated.)

## Hinds County Detention Division Services

### Orientation Sheet

Date: 3-30-21

RDC: _____    IDC: _____    WC: _____

I, _PDB_____ on the above date have received a copy of the inmate handbook, hippa, prea and grievance and was provided a jail orientation by employee of the Hinds County Detention Division Services.

_____
Inmate's Signature

_____                    _____
Officer Providing Orientation                              Officer's Signature
(Please Print)

Note: Inmate has indicated that he/she cannot read. Inmate handbook shall be explained in its entirety the inmate that additional assistance is needed.

_____ YES    _____ NO

If yes, who provided assistance?

1.    You must write your grievance on the appropriate [grievance] request form) or the old grievance forms. You [may]

2.    You cannot write a grievance for another inmate [but you may help an] inmate in writing a grievance.

3.    You must sign and date your grievance.

4.    Your grievance should be signed by you only, not [by another inmate]

5.    Your grievance should contain only one issue (not [multiple issues in one] grievance) and should state clearly the time, date, a[nd] involved with all important details of the incident or [matter].

6.    You may withdraw your grievance at any time by wri[ting to the] grievance officer, advising that you wish to withdraw [and you must] sign and date the statement.

7.    Disciplinary actions have an appeal process and are n[ot part of the grievance] process.

8.    Issues regarding matters of the court such as court da[tes, etc. are not] addressed through the grievance process and should [be addressed]

9.    Request for Protective Custody should not be put on a [grievance, but should] be put on a request form.

10.    You cannot address a grievance to any particular [person. All grievances] or notes, etc. [ ] will be received by the grievance offic[er and processed] accordingly.

11.    A written response to the inmate's grievance will be m[ade within ___ days of] the receipt of grievance. Once you receive your respo[nse on the Inmate] Grievance Form you have five (5) working or business [days from the date you] receive the First Step Response Form to return the b[ottom portion to] commence the second step. Once you receive the Seco[nd Step Response you] have five (5) working or business days from the date y[ou] return the Inmate Relief Request form to submit the r[equest]

12.    Should a grievance make accusations of questionable [conduct on the] part of the corrections staff, the grievance will [ ]

13.    You can only write one grievance on the same [issue. If you write multiple] grievances on the same issue the duplicate will [ ] not [ ] properly filed grievance will not sit down [ ]

14.    [illegible]

# PRISON RAPE ELIMINATION ACT OF 2003 ("PREA")

The Hinds County Detention Division Services has adopted rules of preventing, detecting and
to sexual abuse and sexual misconduct in the correction setting.

The Hinds County Detention Services Division has established and implemented a "zero-tole
regarding sexual misconduct in an effort to make identification, prosecution and eliminati
misconducts and sexual abuse a top priority for HCDDS. All inmates have the right to be free
abuse and sexual harassment. All inmates also have the right to be free from retaliation for re
incidents.

The HCDDS strives to maintain a safe and secure environment for all offenders incarcerate
agency. If an offender is being pressured by another offender and/or staff for money, prope
favors, the offender should immediately contact the facility's PREA Officer, staff officer,
employee with whom they feel comfortable. It is imperative that one of these individuals
immediately so that the offender can be removed from a potentially serious situation.

To report allegations of sexual assault, sexual harassment or other sexual misconduct, 1
following options:

- Dial #888 on the Unit Kiosk
- File a PREA Grievance on the Kiosk
- Have a family member or friend to make a 3rd party report by dialing (601) 857-2600
- Tell any staff member.

If you are a victim of sexual assault, sexual harassment or other sexual misconduct, it is imper
contact your facility's PREA officer or other staff member immediately. DO NOT

- TAKE A SHOWER
- CHANGE CLOTHES
- BRUSH YOUR TEETH.

It is important that evidence be collected to assist in your attacker's prosecution. Physic
important because law enforcement relies heavily on the information.

The staff member that you contact will immediately take you to a safe place. You will
appropriate medical and mental health treatment.

If you are the perpetrator of a sexual assault, the following are the case methods:

- That you could be infected by the victim that shows signs of a sexually
  transmitted diseases.
- As an available med help to your health to determine if a sexual assault
  may or may not occur in which a given organism can give you a sexual
  happened if injecting...

| Case # | **Detainee Acceptance Form** | Date: |
|---|---|---|
| 2021017769 | | 3-30-2021 |
| Arresting Agency : | **Raymond Detention Facility** | Time: |
| JPD | | |

Detainee  Battle,          Paul              D.
                Last Name              First Name         ( Middle Initial )

1. Do you have the arrest report and proper identification of the detainee    YES ___ NO ___
   If not, why _____

2. Was the detainee combative and was use of force necessary
   YES ___ NO ___
   If so, what type of force was used _____

3. Does the detainee have any injuries                          YES ___ NO ___
   If so, what type and where
   _____

   Did the detainee have to be hospitalized                    YES ___ NO ___
   If so, do you have the proper medical release documentation  YES ___ NO ___

4. Was /is the detainee under the influence of alcohol or any other obvious substances
                                                                YES ___ NO ___

5. When you searched the detainee was he or she in possession of any weapons or drugs
                                                                YES ___ NO ___
   If so, what type and have the items be processed

6. Do you have all of the detainees personal property          YES ___ NO ___

7. Did the detainee posses any money                           YES ___ NO ___
   and has it been properly secured , sealed and labeled        YES ___ NO ___
   If not
   why _____

8. Does this detainee meet all criteria to be processed for the completion / Intake YES ___ NO ___
   If not, why

9. Is there any additional information that we need to know about the detainee YES ___ NO ___
   If yes, what _____

   _____ Willie Brown _____ 3-30-21 _____

Rel
B--d Posted

$5,000

**Name:** BATTLE, PAUL DEANTHONY

**Booking #:** 23-00002839          **Jacket #:** 77-00090997          **Local ID:** 090997
**DOC #:**                         **State #:**                       **FBI #:**
**License:**                        **State:**                        **Expiration:**

**DOB:** ▮▮▮▮▮▮▮▮          **Age:** 33                    **SSN:** ▮▮▮▮▮▮▮▮
**POB:** JACKSON, MS

**Race:** B                    **Gender:** M              **Ethnicity:** N
**Height:** 6' 03''            **Weight:** 190            **Eye/Hair:** BRO/BLK

**Address:** ▮▮▮▮▮▮▮▮▮▮
**City:** JACKSON              **State:** MS                        **Zip:** 392060000

**Employer:** GRADUATION SUPPLY WAREHOUSE
**City:** JACKSON              **State:** MS                        **Zip:**
**Phone:**                     **From:**                            **To:**

## Booking & Release Information

```
      Booked #: 23-00002839
        Agency: CAPD - CAPITOL POLICE DEPARTMENT
     Booked By: TEMPLETON,MATTHEW (MT9555)      Date:08/25/2023(03:16)

    Release By: DOTSON,TRACY (TD2148)           Date:04/04/2025(16:35)
        Reason: BND
      Comments: BOND POST QUICK & EASY BONDING A/O CORINE HARRIS
                PWR#US 21880191 $5000 *TD 4/4/25
```

## Arrest Information

```
        Agency: CAPD - CAPITOL POLICE DEPARTMENT
   Arrested By: (CATE)                          Date:08/25/2023(03:11)
```

## Charge Information

```
        Charge: FLEEING LEO IN MOTOR VEHICLE (FELONY)
   Arrested By: (CATE)                          Date:08/25/2023(03:11)
      Bond Amt:

        Charge: Cont. Subst.: Controlled Substances Classified in
                SchedulesIII and IV Penalties: less than two (2) grams
   Arrested By: (CATE)                          Date:08/25/2023(03:11)
      Bond Amt: 1,667

        Charge: POSSESSION STOLEN FIREARM
   Arrested By: (CATE)                          Date:08/25/2023(03:11)
      Bond Amt: 1,667

        Charge: POSS OF METHODONE
   Arrested By: , ()                            Date:08/28/2023(12:00)
      Bond Amt: 1,667

        Charge: CONTRABAND IN PENAL INSTITUTION
   Arrested By: , ()                            Date:12/06/2023(13:12)
      Bond Amt: 1,000

        Charge: Mayhem
   Arrested By: , ()                            Date:02/25/2025(08:25)
      Bond Amt:
```

## Inmate Property Information

Inmate Property Information

**CLOTHES** – 1 GRAY T SHIRT 1 PAIR BLUE SHORTS 1 PAIR TAN SHOES
Released To:                                           Date:01/22/2024

**MONEY** – .58   CENTS PUT IN SMALL PROPERTY   7.00   DROPPED
          INKIOSK
Released To:                                           Date:01/22/2024

**POSS** – 1 BLACK WALLET WITH CARDS 1 PACK GOOD TIMES ROLLING
          PAPERS2 MULTI COLORED SHOE STRINGS 1 BRACELET THAT
          APPEARSTO BE GOLD 2 TICKETS 1 TCL  CELL PHONE WITHOUT
          CASEAND CRACKED CASE
Released To: VICTORIA COOPER                           Date:08/31/2023

By signing this document you agree that you have received all
of your personal property held by this jail facility.

_Paul Battle_
Inmate Signature Battle, Paul

_4-4-25_
Date

_Sgt Chany Dotson_
Officer Signature

_4/4/25_
Date

CLT-(BATTLE)-000134

STATE OF MISSISSIPPI
HINDS COUNTY

SHERIFF'S OFFICE/JAIL
RECEIPT

14046

CASE NO. _____

Paul Battle

#77-90997

| | |
|---|---|
| PROCESS FEES . . . . . . . . . . . | $ 2500 |
| CASH BONDS . . . . . . . . . . . | |
| BOND FEES . . . . . . . . . . . | |
| PROFESSIONAL BONDSMEN FEES . . . | (which + Easy Bonding) |
| DEFENDANT BOND FEES . . . . . . . | |
| EXECUTION FEES . . . . . . . . . | Poss. of GIS Poss Stolen Firearm, |
| VENDING COMMISSIONS . . . . . . . | Poss. of methodone. |
| SALE OF PROPERTY . . . . . . . . . | |
| BANK INTEREST . . . . . . . . . . | $ 5,000 |
| PETTY CASH . . . . . . . . . . . | C.T.R. 1 |
| FEEDING PRISONERS . . . . . . . . | |
| SALES INCOME . . . . . . . . . . | |
| Other (Specify) . . . . . . . . . | Rec Mgmt Fee |
| TOTAL . . . . . . . . . . . . . | $ 26.00 |

How Paid: ☒ Cash    ☐ Check    ☐ Money Order

Payment received from ___ Paul Battle

the ___4___ day of ___April___    2025

By ___SGT Tracy Dyson___

TYREE D. JONES _____ Sheriff

Dollars $ 26.00

Publ #us-2189010 91

FORM 4105

(PRESCRIBED BY THE STATE AUDITORS OFFICE IN ACCORDANCE WITH SECTION 7-7-211 / EFFECTIVE OCT. 1, 1969)

CLT-(BATTLE)-000135

```
                    HINDS COUNTY SHERIFF'S OFFICE          WARSDX1-501
                    N      SEARCH (NOT EXECUTED)
     WAR-KEY               NAME              R  S   DOB        CHARGE
2023 001028      BAUCUM, STEPHEN DONALD      W  M         C/S POSS
2024 000488      BAUGH, JUSTIN               B  M         FORGERY
2024 001380      BEACHAM, FRANCO             B  M         FAIL TO COMPLY
2002 001538      BEAL, HEATHER L             B  F         FAIL TO APPEAR/MISD.
2018 000726      BEAN, ALBERT                B  M         HOUSE BURGLARY
1992 000826      BEAR, CAROLYN S             W  F         BAD CHECK/MISD.
2021 001320      BEARD, JOSHUA MARQUELL      B  M         CONTEMPT
1992 002828      BEARD, VEDA S               W  F         BAD CHECK/MISD.
1993 000120      BEARD, WARREN B             W  M         BAD CHECK/MISD.
2021 001084      BEASLEY, ANTHONY JEROME     B  M         SEX OFFENDER
2017 001186      BEASLEY, FRANK              B  M         FAIL TO APPEAR
1999 001807      BEAUCHAMP, ETHEL T                       BAD CHECK/MISD.
2004 001302      BEAUCHAMP, WALLACE A        W  M         BAD CHECK/MISD.
1991 002171      BEAVERS, DARRELL LEE        W  M         BAD CHECK/MISD.
1996 003065      BECOAT, GLENN               B  M         BAD CHECK/MISD.
2024 000701      BEDDINGFIELD, TYRONE        B  M         CONTEMPT
1992 002061      BEDWELL, DAVID A            W  M         BAD CHECK/MISD.
2009 002387      BELDING, BEVERLEE           W  F         BAD CHECK/MISD.
1997 000968      BELL, BOBBY J                  M         BAD CHECK/MISD.
1992 002293      BELL, BONNIE                W  F         BAD CHECK/MISD.
       TAB AND XMIT TO DISPLAY RECORD - XMIT OR F2 TO PAGE - F1 TO END
```

CLT-(BATTLE)-000136

prohibited.

QW: BATTLE,PAUL, M, B, 19900101, 425690074 - Received 04/04/2025 15:20:36

1L01007L,MRI1803082
MS0250001
**MESSAGE KEY QW SEARCHES WANTED PERSON FILE FELONY RECORDS REGARDLESS OF
EXTRADITION AND MISDEMEANOR RECORDS INDICATING POSSIBLE INTERSTATE
EXTRADITION FROM THE INQUIRING AGENCY'S LOCATION.  ALL OTHER NCIC PERSONS
FILES ARE SEARCHED WITHOUT LIMITATIONS.
***SEX OFFENDER REGISTRY INFORMATION***
THE SUBJECT IDENTIFIED IN THE FOLLOWING RECORD WITH NIC/XS23993821
IS REGISTERED AS A SEX OFFENDER.  DO NOT SEARCH, DETAIN, OR
ARREST BASED SOLELY ON THIS RECORD.  ADDITIONAL INFORMATION REGARDING
SUBJECT MAY BE AVAILABLE FROM THE INTERSTATE IDENTIFICATION INDEX.

MKP/SEXUAL OFFENDER
OFS/05 - ACTIVE
ORI/SC0380000 NAM/BATTLE, DARQUANE SPENCER SEX/M RAC/B RTN/N POB/SC
DOB/          HGT/510 WGT/200 EYE/BRO HAI/BLK FBI/301137CH1 CTZ/US
SKN/DBR
ANU/0A-TL98607313 SOC/
ORD/20240523 ERL/NONEXP OXP/N GRR/INDECENT EXPOSURE (TO MINORS AND ADULTS)
CON/20240523 TIR/1 JUV/N PLV/SC
OCA/2309242 SID/SC02256004
MIS/OTHER PHONE NUMBER IS OFFENDERS GRANDMOTHERS NUMBER
DNA/N
ADD/01 - RESIDENCE (LAST KNOWN) BDA/20240521
SNU/851 STA/RAIL STREET
CTY/ORANGEBURG STA/SC ZIP/29018
TNO/803 820-3772 TNT/Y - OTHER (SEE MIS)
ORI IS ORANGEBURG CO SO ORANGEBURG 803 534-3550
DOB/
DOB/
MNU/0A-CA0035745
N K/XS23993821 DLU/20230313 1212 LUP DLU 00050319 1214 EDT

***** END OF SEX OFFENDER REGISTRY INFORMATION *****

NO NCIC WANT 200/41P3900 A

04/04/2025, 15:20:36
- MKE: QW
- Source: NCIC
- ISN: 271A004751
- REF: 271A004751

23-08080

# IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT OF HINDS COUNTY, MISSISSIPPI

STATE OF MISSISSPPI                                    **PLAINTIFF**

VS.                                         CAUSE NO. _23-1-192-(1-3)_

_Paul Battle_                                          **DEFENDANT**

## BOND ORDER

**THIS CAUSE** came on before the Court for Bond consideration. Defendant has been charged with _Poss. meth, Poss Cocaine, Poss Firearm_ Having thoroughly considered Defendant's motion regarding bond, as well as having considered whether Defendant is a risk of flight, whether Defendant is a risk to the safety of his community and/or himself, and other factors to be reviewed in accordance with the law, the Court finds and ORDERS that the Sheriff of Hinds County shall:

\_\_\_\_ Release **Defendant ON HIS/HER PERSONAL RECOGNIZANCE, OR**

\_✓\_ **BOND is set in the amount of** $_5000_   \_✓\_ Secured \_\_Unsecured

\_\_\_\_ **BOND IS REDUCED TO** $ _____   \_\_ Secured \_\_Unsecured

\_\_\_\_ **Defendant shall be on GPS/House Arrest**

\_\_\_\_ **Defendant shall not be released from jail until GPS Monitor is placed on ankle**

\_\_\_\_ **Defendant shall have GPS Monitor in place within 48 hours of release from jail**

\_\_\_\_ **Defendant's curfew shall be at** \_\_\_ **p.m. except as to work or seek medical attention**

\_\_\_\_ **Home confinement, except for work or seek medical attention**

\_\_\_\_ **Defendant shall be RELEASED TODAY**

\_\_\_\_ **OTHER** _____

As a **CONDITION** of the herein **bail/bond, Defendant shall** appear in Court, when required, and comply with all orders of the Court. Defendant shall not commit any other crimes (misdemeanor or felony) during the pendency of this case. Defendant shall notify his attorney, the Court and his/her bonding agent of

CLT-(BATTLE)-000138

any change of address, employment or phone numbers. Defendant shall meet with his/her attorney and bond agent as directed. Defendant shall not leave the State of Mississippi without the permission of the Court.

During the pendency of the herein case, Defendant shall not possess guns/dangerous weapons and shall not drink alcohol excessively or use illegal drugs. **Defendant shall not have contact and/or intimidate the victim(s), victim(s)'s family or any other potential or actual witness in this case. If charged with a sex crime, Defendant shall not have contact with any child under 16 years of age, without the presence of a responsible adult.** Failure to abide by these conditions shall subject the Defendant to immediate revocation of his/her bond/RPR and re-incarceration by the Court.

**TO SHERIFF:** If this Defendant has other pending charges, warrant or "Hold(s)" in Hinds County, or any other jurisdiction, which prevent compliance with this order, then the Sheriff or his designee shall immediately notify undersigned Judge's Court Administrator, Elisa Wilson at 601-968-6688 or email: elisa.wilson@co.hinds.ms.us.

**IT IS FURTHER ORDERED** that the Sheriff of Hinds County may release the herein Defendant to another jurisdiction or the authority that has placed an official "Hold"/Warrant. Likewise, the Sheriff shall place a hold on the Detainee to effectuate his/her return to Hinds County to answer charges still pending in Hinds County.

**SO ORDERED AND ADJUDGED** this the _4_ day of _April_ , 20_25_.

_____
Assistant District Attorney

_____
Defense Attorney

_____
CIRCUIT COURT JUDGE

*Defendant or his/her attorney must contact Tanecka Moore at 601-842-6834 or email at tmoore@co.hinds.ms.us to be assigned a GPS/House Arrest monitoring company. Circuit Clerk to send copy: Tanecka Moore, Pretrial Services (only for GPS)



T-0090997

## APPEARANCE BOND

Corine Harris –Soliciting Agent
John Harris –Agent
Quick and Easy Bonding
707 Nakoma Dr. Jackson, MS 39206
(601) 982-7630

Send All Court Notices to:
United States Fire Insurance Company
157 Main Street
Greenville, PA 16125
800-245-0366

In The _Circuit_ Court _Hinds_ County, State of Mississippi

The State of Mississippi          (Plaintiff)
VS.

_Paul Battle_          (Defendant)

Know all men by these presents:

That, _Paul Battle_ as defendant and United States
Fire Insurance Company, Corine Harris, soliciting agent for John Harris, Mississippi
Department of Insurance license number is 9305526 d.b.a. Quick and Easy Bonding identified
by attached Power of Attorney No._____ are held firmly bound into
the _Circuit_ court of _Jackson_ Mississippi in the sum of
($ _5,000_ ) _Five Thousand_ dollars for the payment
whereof well and truly to be made we bind ourselves, our heirs, executors, administrators,
successors and assigns, jointly and severally, firmly by these presents. The condition of this
obligation is such that the said condition that appearing the regular of special term of
the _Circuit_ on the _18_ day of _May_
20_25_ court time _8:30_ am am to answer a charge of _Poss of methamphetamine_
_Poss of Stolen firearm, poss of cocaine_
and shall appear from day to day and term to term until discharged by law of said court and
not depart the same without leave, them and obligation to be void, else to remain in full
force and virtue.

Signed and sealed this ____ day of ____ A.D. 20_25_

_Paul Battle_

Taken before and approved by me:

_Sheriff Tyree Jones_

_by Tracy Dixon_

THIS APPEARANCE BOND IS ONLY VALID ... DULY ISSUED
POWER OF ATTORNEY PROPERLY EXECUTED ... this attorney (s) Power of
Attorney has been attached. NOTE: This document ... shall be construed as a
guarantee for failure to provide proper document ... ... claims, and penalty
claims.not paid it be a Bond and Forfeit.

**Name:** BATTLE, PAUL DEANTHONY

**Booking #:** 23-00002839        **Jacket #:** 77-00090997        **Local ID:** 090997
       **DOC #:**                              **State #:**                              **FBI #:**
      **License:**                               **State:**                        **Expiration:**

        **DOB:** ██████████        **Age:** 33                    **SSN:** ██████████
        **POB:** JACKSON, MS

        **Race:** B                    **Gender:** M                    **Ethnicity:** N
      **Height:** 6' 03''              **Weight:** 190                **Eye/Hair:** BRO/BLK

     **Address:** ██████████████████
         **City:** JACKSON            **State:** MS                        **Zip:** 392060000

   **Employer:** GRADUATION SUPPLY WAREHOUSE
         **City:** JACKSON            **State:** MS                        **Zip:**
        **Phone:**                      **From:**                          **To:**

CLT-(BATTLE)-000141

## Booking & Release Information

      Booked #: 23-00002839
        Agency: CAPD - CAPITOL POLICE DEPARTMENT
     Booked By: TEMPLETON,MATTHEW (MT9555)      Date:08/25/2023(03:16

    Release By: DOTSON,TRACY (TD2148)           Date:04/04/2025(16:35
        Reason: BND
      Comments: BOND POST QUICK & EASY BONDING A/O CORINE HARRIS
                PWR#US 21880191 $5000 *TD 4/4/25

## Arrest Information

        Agency: CAPD - CAPITOL POLICE DEPARTMENT
   Arrested By: (CATE)                          Date:08/25/2023(03:11)

## Charge Information

        Charge: FLEEING LEO IN MOTOR VEHICLE (FELONY)
   Arrested By: (CATE)                          Date:08/25/2023(03:11)
      Bond Amt:

        Charge: Cont. Subst.: Controlled Substances Classified in
                SchedulesIII and IV Penalties: less than two (2) grams
   Arrested By: (CATE)                          Date:08/25/2023(03:11)
      Bond Amt: 1,667

        Charge: POSSESSION STOLEN FIREARM
   Arrested By: (CATE)                          Date:08/25/2023(03:11)
      Bond Amt: 1,667

        Charge: POSS OF METHODONE
   Arrested By: , ()                            Date:08/28/2023(12:00)
      Bond Amt: 1,667

        Charge: CONTRABAND IN PENAL INSTITUTION
   Arrested By: , ()                            Date:12/06/2023(13:12)
      Bond Amt: 1,000

        Charge: Mayhem
   Arrested By: , ()                            Date:02/25/2025(08:25)
      Bond Amt:

## Inmate Property Information

CLT-(BATTLE)-000142

Inmate Property Information

**CLOTHES** – 1 GRAY T SHIRT 1 PAIR BLUE SHORTS 1 PAIR TAN SHOES
Released To:                                    Date:01/22/2024

**MONEY** – .58   CENTS PUT IN SMALL PROPERTY   7.00      DROPPED
        INKIOSK
Released To:                                    Date:01/22/2024

**POSS** – 1 BLACK WALLET WITH CARDS 1 PACK GOOD TIMES ROLLING
        PAPERS2 MULTI COLORED SHOE STRINGS 1 BRACELET THAT
        APPEARSTO BE GOLD 2 TICKETS 1 TCL  CELL PHONE WITHOU'
        CASEAND CRACKED CASE
Released To: VICTORIA COOPER                     Date:08/31/2023

By signing this document you agree that you have received all
of your personal property held by this jail facility.

_Paul Battle_
_Paul Battle_ Battle, Paul                        4-4-25
Inmate Signature                                  Date

_Sgt Tracy Dotson_                                4/4/25
Officer Signature                                 Date

1659
1709



HINDS COUNTY DETENTION DIVISION SERVICES

DETAINEE/INMATE PICK-UP

RDC _X_          JDC _____          WC _____

DETAINEE/INMATE: *Paul Battle*

PIN NUMBER: 77-90997

SS# ████████████████████

DOB: ████████████

DATE/TIME: 4-4-2025

NOTES: _____

DETAINEE/INMATE PICKED UP BY:





IN THE CIRCUIT COURT OF THE ___FIRST___ JUDICIAL DISTRICT
OF HINDS COUNTY, MISSISSIPPI

**STATE OF MISSISSIPPI**
**VS.**                                                    CAUSE NUMBER ___21-0-661-00 EFP___
___PAUL BATTLE___
A/K/A:                                                     SSNO: ▮▮▮▮▮
                                                          B/M  DOB: ▮▮▮▮▮

ORDER

THIS DAY into open court came the District Attorney for the Seventh Circuit Court District of Mississippi, and came also the Defendant in his own proper person and represented by counsel, having been duly arraigned upon the charge in the indictment at a former day or term of this Court and duly entered a plea of Not Guilty thereto.

Now comes the Defendant in his own proper person, represented by counsel, and withdraws the plea of Not Guilty to the charge heretofore entered, and enters a plea of Guilty to the charge of ___MAYHEM 97-3-59___ the Court having first duly advised the Defendant of all of the Defendant's legal and constitutional rights in the premises, and the Defendant having freely, voluntarily and intelligently waived said rights in the premises; the Court having further advised the Defendant of the consequences of such a plea of guilty, and thereafter the Defendant upon direct questioning having admitted that he is guilty of the crime to which he has pleaded guilty;

IT IS THEREFORE ORDERED AND ADJUDGED that the Defendant, ___PAUL BATTLE___
for such his crime of ___MAYHEM 97-3-59___ to which he has freely and voluntarily entered a plea of guilty, be and he is hereby sentenced to serve a term of ___7 YEARS___ in the custody of the ___Mississippi Department of Corrections___

|                  |                    |         |
|------------------|--------------------|---------|
| 5 YEARS  6 MONTHS |                    | SUSPENDED |
| 2 YEARS          |                    | SUSPENDED SUPERVISED PROBATION |

and further:        1 YEARS  6 MONTHS  5 DAYS    TO SERVE,
___7 YEARS IN MDOC WITH 5 YEARS AND 6 MONTHS SUSPENDED,___
___18 MONTHS TO SERVE, (CREDIT FOR TIME SERVED IN PRE-TRIAL___
___DETENTION) 2 YEARS PRS, ANGRY MANAGEMENT WHILE AT MDOC.___
___NO CONTACT WITH THE VICTIM. 23-2599 STATE WILL NOT PURSUE___

Any probation time is pursuant to Mississippi Code Section 47-7-35 (1972), as amended, upon release from confinement.

Any suspended time not under probation contained in this order is suspended for a period of at least 5 years, conditioned upon defendant's good behavior and the provisions of Mississippi Code Section 47-7-35 (1972) except reporting requirements, and is subject to revocation for that period.

Unless otherwise specified herein, this sentence is to run consecutive to any other sentences imposed upon this defendant by any Court; and to pay all costs of Court, assessments, and taxes, except as relieved by law for indigents.

The Court further finds that the defendant in this cause shall compensate Hinds County in the amount of $___.00___ for expenses of appointed counsel.

The defendant ___is not___ indigent.

ORDERED AND ADJUDGED, this the ___25TH___ day of ___FEBRUARY___ ___2025___

_____
E. FAYE PETERSON

___AAFRAM YAPHET SELLERS___          , Attorney for Defendant

_____          , Assistant District Attorney

CLT-(BATTLE)-000145

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT
OF HINDS COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS.                                             CAUSE NUMBER  21-0-661-00 EFP

PAUL BATTLE                                      SSNO:
A/K/A:                                           B/M  DOB:

## ORDER

THIS DAY into open court came the District Attorney for the Seventh Circuit Court District of Mississippi, and came also the Defendant in his own proper person and represented by counsel, having been duly arraigned upon the charge in the indictment at a former day or term of this Court and duly entered a plea of Not Guilty thereto.

Now comes the Defendant in his own proper person, represented by counsel, and withdraws the plea of Not Guilty to the charge heretofore entered, and enters a plea of Guilty to the charge of ___MAYHEM 97-3-59___ the Court having first duly advised the Defendant of all of the Defendant's legal and constitutional rights on the premises, and the Defendant having freely, voluntarily and intelligently waived said rights in the premises; the Court having further advised the Defendant of the consequences of such a plea of guilty, and thereafter the Defendant upon direct questioning having admitted that he is guilty of the crime to which he has pleaded guilty.

IT IS THEREFORE ORDERED AND ADJUDGED that the Defendant ___PAUL BATTLE___ for such his crime of ___MAYHEM 97-3-59___ to which he has freely and voluntarily entered a plea of guilty, be and he is hereby sentenced to serve a term of ___7 YEARS___ in the custody of the ___Mississippi Department of Corrections___

| | |
|---|---|
| 5 YEARS  6 MONTHS | SUSPENDED |
| 2 YEARS | SUPERVISED PROBATION |

and further:      1 YEARS  6 MONTHS    5 DAYS      TO SERVE,
___7 YEARS IN MDOC WITH 5 YEARS AND 6 MONTHS SUSPENDED,___
___18 MONTHS TO SERVE, (CREDIT FOR TIME SERVED IN PRE-TRIAL___
___DETENTION) 2 YEARS PRS, ANGRY MANAGEMENT WHILE AT MDOC,___
___NO CONTACT WITH THE VICTIM, 23-2599 STATE WILL NOT PURSUE___

Any probation time is pursuant to Mississippi Code Section 47-7-35 (1972) as amended, upon release from confinement.

Any suspended time not under probation contained in this order is suspended for a period of at least 5 years, conditioned upon defendant's good behavior and the provisions of Mississippi Code Section 47-7-35 (1972) except reporting requirements, and is subject to revocation for that period.

Unless otherwise specified herein, this sentence is to run consecutive to any other sentences imposed upon that defendant by any Court and to pay all costs of Court, assessments, and taxes, except as relieved by law for indigents.

The Court further finds that the defendant in this cause shall compensate Hinds County in the amount of $____.00____ for expenses of appointed counsel.

The defendant ___IS NOT___ indigent.

ORDERED AND ADJUDGED this the ___25TH___ day of ___FEBRUARY___ , ___2025___

_[signature]_
E. FAYE PETERSON

AARRAM YAPHET SELLERS                            Attorney for Defendant

_____                 Assistant District Attorney

CLT-(BATTLE)-000146

STATE OF MISSISSIPPI
VS.                                                CAUSE NUMBER 21-0-661-00 EFP
PAUL BATTLE                                        B/M DOB: ▮▮▮▮▮   SSNO: ▮▮▮▮▮
A/K/A:

## PROBATION ORDER

Into open Court came the District Attorney who prosecutes for the State of Mississippi and also came
PAUL BATTLE                                        in his own proper person and represented by counsel,
AAFRAM YAPHET SELLERS                              and was lawfully arraigned upon indictment lawfully returned by the Grand
Jury of the FIRST      Judicial District of Hinds County, said State, charging the said defendant with the crime of
MAYHEM 97-3-59                                     Being duly advised of all his legal and constitutional rights in the premises
and being further advised of the consequences of such a plea the defendant did this date enter his plea of guilty to
MAYHEM 97-3-59

Therefore, for said offense and on said plea of guilty it is by the Court ORDERED and ADJUDGED that the said
PAUL BATTLE                                        be and is hereby sentenced to serve a term of
7 YEARS                                            in an institution under the control and supervision of the Mississippi
Department of Corrections, and he is remanded into the custody of the Sheriff to await transportation.

The court hereby suspends 5 YEARS 6 MONTHS                        thereof for a
period of five years conditioned upon good behavior. The defendant is further placed under the supervision of the Mississippi
Department of Corrections for a period of 2 YEARS                       or until
the Court shall alter, extend, terminate or direct the enforcement of the above sentence, and the suspension of said sentence is based upon the
following conditions:

a.   Defendant shall hereafter commit no offense against the laws of this or any state of the United States, or the United States;
b.   Avoid injurious or vicious habits;
c.   Avoid persons or places of disreputable or harmful character;
d.   Report to the Department of Corrections, as directed by it;
e.   Permit the Field Officer to visit him at home, or elsewhere;
f.   Work faithfully at suitable employment so far as possible;
g.   Remain within a specified area to wit: Hinds and surrounding counties; unless authorized to leave on proper application therefor;
h.   Support his dependents;
i.   That I do hereby waive extradition to the State of MISSISSIPPI from any jurisdiction in or outside the United States where I may be
     found and also agree that I will not contest any effort by any jurisdiction to return me to the State of MISSISSIPPI;
j.   Shall pay to the Department of Corrections the sum of $20.00 per month by "certified check" or "money order", until discharged
     from supervision, per Mississippi Code Section 47-7-49 Annotated;
k.   Submit, as provided in Section 3 of House Bill 354, 1983 Regular Session, to any type of breath, saliva or urine chemical analysis
     test, the purpose of which is to detect the possible presence of alcohol or a substance prohibited or controlled by any law of the State
     of Mississippi or the United States, and shall pay a $10.00 fee for each positive urine analysis.
     Attend and complete any special programs or counseling as directed by the Court or your Probation Officer, and pay any fees as
     required for services.
m.   And further, that he/she: SERVE 1 YEARS 6 MONTHS  5 DAYS
     7 YEARS IN MDOC WITH 5 YEARS AND 6 MONTHS SUSPENDED.
     18 MONTHS TO SERVE. (CREDIT FOR TIME SERVED IN PRE-TRIAL
     DETENTION) 2 YEARS PRS. ANGRY MANAGEMENT WHILE AT MDOC.
     NO CONTACT WITH THE VICTIM. 23-2599 STATE WILL NOT PURSUE.

SO ORDERED and ADJUDGED in open court this the 25TH  day of FEBRUARY   2025

_E. FAYE PETERSON_

STATE OF MISSISSIPPI

COUNTY OF HINDS

I, Zack Wallace, Clerk of the Circuit Court, hereby certify that the above and foregoing is a true and correct copy entered and recorded in

Minute Book _____ Page _____ of the Circuit Court of said County in the above styled and numbered cause.

This the _____ day of _____ _____.

                              Zack Wallace, Hinds County Circuit Clerk

                    _____

A copy of this has been delivered to Probationer, who has been instructed regarding same.

This the _____ day of _____ _____.

                    _____
                              FIELD OFFICER

I accept the above probation in accordance with the terms thereof.

_____
   PROBATIONER

CLT-(BATTLE)-000148

STATE OF MISSISSIPPI

# PRISONER COMMITMENT NOTICE

COUNTY OF HINDS    FIRST DISTRICT    CAUSE NO. 21-0-661-00 EFP

## TO THE COMMISSIONER OF THE DEPARTMENT OF CORRECTIONS

You are hereby notified that at the JANUARY term 2025 of the Circuit Court, Judge E. FAYE PETERSON presiding, the following named person _____ and sentenced to a term in the state penitentiary.

I. PRISONER'S NAME PAUL BATTLE     ARREST # 21-017769 JPD
   ALIAS _____     COUNTRY OF CITIZENSHIP _____
   _____     ALIEN/IMMIGRATION NO. _____
   SS# ▓▓▓▓▓ DOB ▓▓▓▓▓ RACE B SEX M PLACE OF BIRTH _____
   LAST KNOWN RESIDENCE ▓▓▓▓▓     FBI NO. _____
   JACKSON     MS

II. CRIME MAYHEM 97-3-59
    DESCRIPTION OF CRIME:  See Attached Indictment
    7 YEARS IN MDOC WITH 5 YEARS AND 6 MONTHS SUSPENDED, 18
    MONTHS TO SERVE, 2 YEARS PRS, ANGRY MANAGMENT WHILE AT MDOC
    NO CONTACT WITH THE VICTIM, 23-2599 STATE WILL NOT PURSUE

III. DATE OF SENTENCE 02-25-25    LENGTH OF SENTENCE 7 YEARS
     SUSPENDED 5 YEARS 6 MONTHS
     TO SERVE 1 YEARS 6 MONTHS 5 DAYS
     PROBATION 2 YEARS
     CONCURRENT TO _____
     CONSECUTIVE TO _____
     HABITUAL N/A     REVOCATION N/A     RID _____ SHOCK N
     ALCOHOL/DRUG TREATMENT N

IV. FINE $ .00 COURT COSTS $ .00 RESTITUTION $ .00 INDIGENT N
    CONDITIONS OF PAYMENT:

V. DISPOSITION DATE 02-25-25    DISPOSITION TYPE PLDG    PLEAD GUILTY
   RELEASED ON BOND _____     TO _____
   _____     TO _____
   _____     TO _____

   CONFINED IN JAIL _____     TO _____
   _____     TO _____
   _____     TO _____

PRESENTLY HOUSED IN _____     JAIL

ZACK WALLACE, CIRCUIT CLERK

02-25-25
DATE

*** PLEASE COMPLETE ALL INFORMATION AND INCLUDE A COPY OF THE JUDGMENT,
INDICTMENT, APPEAL, BOND, OR WAIVER ***



IN THE COUNTY COURT OF THE SECOND JUDICIAL DISTRICT OF
HINDS COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI                          CHARGE(S)  Contraband

VS.                                           CASE NO. 23-153

PAUL DEANTHONY BATTLE                         DEFENDANT

### ORDER BINDING DEFENDANT TO AWAIT ACTION OF THE GRAND JURY AND SETTING BOND/SETTING BAIL

The above-named defendant having been brought before the County Court for a preliminary hearing on the above charge(s), and the Court having heard testimony and been presented evidence concerning the charged offense(s), finds that it appears that there is probable cause to believe that an offense has been committed, to-wit:  Contraband

and that the defendant committed said offense(s).

Accordingly, the above-named defendant is hereby bound over to await the action of the grand jury.

Further:

(X) Bail is set in the amount of **$1,000.00** conditioned upon his/her appearance before the Circuit Court of the First/Second Judicial District of Hinds County, Mississippi at the next regular term thereof to answer unto said charge and to remain from day to day and term to term until discharged by law.

( ) Bail is hereby denied, as defendant is on probation/parole.

( ) Bail is hereby denied, under MISS. CONST., Art., 3, Section 29(1)(a), as amended, as defendant has this date been bound over to await action by the grand jury for a capital offense where the proof is evident or presumption great.

( ) Bail is hereby denied, under MISS. CONST., Art., 3, Section 29(1)(b), as amended, as defendant has this date been bound over for action by the grand jury for a capital offense and he/she has previously been convicted of a capital offense or other offense punishable by imprisonment for a maximum of twenty (20) years or more.

( ) Bail is hereby denied, under MISS. CONST., Art. 3, Section 29 (2), as amended, as defendant was free on bail for a previous felony at the time of the offense herein, which has this date been bound over for action by the grand jury and being an offense punishable by death, life imprisonment or imprisonment for more than five (5) years, or grand larceny.

CLT-(BATTLE)-000150

( ) Bail is hereby denied, under MISS. CONST., Art. 3, Section (29)(3), as amended, as the offense herein, which has this date been bound over for action by the grand jury, is punishable by imprisonment for a maximum of twenty (20) years or more by life imprisonment, and the proof is evident or presumption great, and:

( ) the release of the defendant would constitute a special danger to another person and/or to the community, or

( ) no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

Conditioned upon his/her appearance before the Circuit Court of the First Judicial District of Hinds County, Mississippi at the next regular term thereof to answer unto said charge(s) and to there remain from day to day and term to term until discharged by law.

**A copy of this Order shall be immediately delivered to the Hinds County District Attorney's Office and the attorney for the defendant.**

This the 15th  day of February, 2024.

COUNTY COURT JUDGE

Deanna Graves,  Attorney for Defendant
Louis Clifford,  Prosecuting Attorney

CLT-(BATTLE)-000151

# Mississippi Department of Corrections



## Discharge Certificate

TO WHOM IT MAY CONCERN:

The undersigned, Director of Records of the Department of Corrections of the State of Mississippi, hereby certifies that:

**MDOC Number: 128471**　　　　Name: **BATTLE, PAUL**

| SSN | | Date of Birth | |
|---|---|---|---|
| Race | **BLACK** | Sex | **MALE** |
| Height | **6'2"** | Weight | **175** |
| Hair | **BLACK** | Eyes | **BLACK** |
| Complexion | **N/A** | Build | **N/A** |
| Marks/Scar | **NONE** | | |
| Cause Number(s)/ | **210 661 00 EFP** | | |
| Certificates | **N/A** | | |

Whereas the MDOC offender having been convicted by the Circuit Court of **HINDS** County for **MAYHEM** and sentenced **7 Year(s)** in the Mississippi Department of Corrections with **5** Year(s)**6**months Suspended, and **1** Year(s)**6**months, **5**days to Serve and **0** Year(s)Post Release Supervision, **2** Year(s) Supervised Probation **0** Year(s) Unsupervised/Non-Reporting Probation

That, MDOC Number **128471** Name **BATTLE, PAUL** is being release from confinement after having completed the service of **1** Year(s)**6**months, **5**days in the confinement of Mississippi Department of Corrections and is hereby **DISCHARGED** from the custody of MDOC on **MARCH 7, 2025** due to **EXPIRATION** of the prison sentence. This discharge certificate does **NOT** release you from any of the responsibilities contained in the conditions of release or any of the remaining portions of the sentence imposed by the court.

That, according to Miss. Code Ann. §47-5-157 and Miss. Law, MDOC Number **128471** Name **BATTLE, PAUL** is hereby remanded to the supervision of Community Corrections to complete the remaining portions of this sentence under the jurisdiction of the court and is required to follow all the conditions imposed upon him, including any reporting requirements.

Witness my hand and seal, this **6**TH day of **MARCH 2025**.



Danna Myers Harris
Director of Records

CLT-(BATTLE)-000152

# PROBATION REPORTING FORM

THIS IS TO INFORM      **BATTLE, PAUL**      128471
*(MDOC#)*

THAT YOU      **2**      YEARS PROBATION TO FOLLOW YOUR RELEASE FROM
HAVE      MDOC

AND IMMEDIATELY UPON YOUR RETURN TO    **HINDS**      COUNTY

     **Probation & Parole Office**      **601-933-2887**
     *(Field Officer)*      *(Telephone No)*

     **421 W. PASCAGOULA ST.**

     **JACKSON, MS 39203**

     *(Address)*

By

Agent Signature      *(Offenders Signature)*

DATE _____

*HAVE OFFENDER SIGN AND FORWARD AS DIRECTED BELOW*

**Original:**    *Circuit Court File*

**Copies:**    *Central Records*
       *Offender's Working File*
       *Offender*

ATTENTION: Tanze Burnley / TBURNLEY@MDOC.STATE.MS.US

IN THE COUNTY COURT OF THE FIRST JUDICIAL DISTRICT
OF HINDS COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS

Battle, Paul Deanthony                                    Case: 2023-2599

## INITIAL APPEARANCE

THIS DAY, the above-named Defendant had a U.C.R. Rule 6.03 Initial Appearance before the
undersigned County Judge.

The Defendant was advised that he/she was charged with the crime of

**Contraband**

and was provided a copy of the complaint(s).

The Defendant was also advised of the following:

(1) That the Defendant is not required to speak and that any statements he/she makes may
be used against him/her;

(2) If the Defendant is unrepresented, that he/she has the right to assistance of an attorney, and
that if he/she is unable to afford an attorney, an attorney will be appointed to represent
him/her;

(3) That the Defendant has the right to communicate with an attorney, family or friends, and that
reasonable means will be provided to enable him/her to do so; and

(4) That the Defendant has a right to a preliminary hearing while the Defendant remains in
custody, and a date for such hearing shall be set upon request unless said preliminary hearing
is waived in writing or in open Court and upon the advice of the Defendant's attorney. If the
preliminary hearing is waived by the Defendant, said Defendant shall be bound over to the
next Grand Jury,

Bond is set in the amount of $ _5,000_____ and upon the conditions set forth in a
separate order of the Court,

GPS MONTIORING SYSTEM _____

SO ORDERED AND ADJUDGED on this, the __7th__ day of __December__, 20_23_

_____
COUNTY COURT JUDGE

ATTORNEY: _Public Defender_

I WILL HIRE MY OWN ATTORNEY. I DO NOT WANT A FREE,
COURT APPOINTED ATTORNEY this the ____ day of _____, _____.

*218   L  a9*

Case # 2023-2599

Race/Sex: B/M

DOB: 01-01-1990
SS#: 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

*2023-2132*
*EXHIBIT*

# BENCH WARRANT

RECEIVED

DEC 0 6 2023

HINDS CO. S.O.

THE STATE OF MISSISSIPPI

TO THE SHERIFF OF HINDS COUNTY, MISSISSIPPI – GREETINGS

We command you to take the body of **Paul Deanthony Battle** if found to be in your county, and to safely keep, so that you may have his body before the Court of Hinds County, in said State, to be holder at the Courthouse thereof, in the City of Raymond, then and there to answer unto the State of Mississippi on a charge of

**Contraband**

**47-5-193**

By affidavit.

HEREIN FAIL NOT, and have then and there this writ, with the manner you have executed the same.

Given under my hand and seal, and issued this the 5th day of Dec , 2023.

STATE OF MISSISSIPPI
COUNTY OF HINDS
**Executed and in custody**
This 6 day of Dec , 2023
Tyree D. Jones, Sheriff
By _____ D.S.

_____ Court Judge, Hinds
County, Mississippi

FILED

DEC 0 6 2023

ZACK WALLACE, CIRCUIT CLERK

BY _____ D.C.

CLT-(BATTLE)-000155

Updated
12-6-23

Re 23

Case # 2023-2599

✗ E2

Race/Sex: B/M

DOB: 01-01-1990
SS#: 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

## BENCH WARRANT

THE STATE OF MISSISSIPPI

TO THE SHERIFF OF HINDS COUNTY, MISSISSIPPI – GREETINGS

We command you to take the body of **Paul Deanthony Battle** if found to be in your county, and to safely keep, so that you may have his body before the Court of Hinds County, in said State, to be holder at the Courthouse thereof, in the City of Raymond, then and there to answer unto the State of Mississippi on a charge of

**Contraband**

**47-5-193**

By affidavit.

HEREIN FAIL NOT, and have then and there this writ, with the manner you have executed the same.

Given under my hand and seal, and issued this the _5th_ day of _Dec_ , 2023.

_____ Court Judge, Hinds
County, Mississippi

F I L E D

DEC 06 2023

ZACK WALLACE, CIRCUIT CLERK

BY_____D.C.

CLT-(BATTLE)-000156

STATE OF MISSISSIPPI                           CASE #2023-2599
COUNTY OF HINDS
GENERAL AFFIDAVIT
                                               Contraband

BEFORE THE UNDERSIGNED, a Judge of the Hinds County Second Judicial District, State of

Mississippi, Investigator Jeremy Jackson makes affidavit based on information and belief that

**Paul Deanthony Battle, (D.O.B.)** ████████ B/M on or about the 22nd day of November, 2023,

within the Judicial District, County and State aforesaid did willfully, unlawfully and feloniously,

introduce one Pearl White Motorola cellphone and one small pack of green leafy substance

believed to be spice into 1450 County Farm Rd, Raymond, MS, 39154 (Raymond Detention

Center) in violation of Mississippi Code Section 47-5-193, against the peace and dignity of the

State of Mississippi.

                                               _____
                                                      Affiant

SWORN TO AND SUBSCRIBED before me, this the ____ day of _____Dec._____,
2023.

                                               _____
                                                      Justice Court Judge,
                                               Hinds County, Mississippi

FILED

DEC 0 0 2023

ZACK WALLACE, CIRCUIT CLERK

BY_____D.C.

Case: 25CI1:23-cr-01192-DHG *SEALED*     Document #: 2     Filed: 10/11/2023     Page 1 of 1

RECEIVED

**IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI**
**FIRST JUDICIAL DISTRICT**

OCT 1 6 2023

HINDS CO. S.O.

2023-1826
Ex D.K

**State of Mississippi**                                              **Plaintiff**

v.                                          **Cause No.: 25CI1:23-cr-01192-DHG *SEALED***

**PAUL BATTLE**                                                      **Defendant**

## CAPIAS

We command you to take PAUL BATTLE wheresoever she/he may be found in your County, and her/him safely keep, so that you have his/her body before the Circuit Court of HINDS County, Mississippi, INSTANTER, then and there to answer the State of Mississippi, on the charge of Cont. Subst.: Sched. I/II (not marj): Possession: >=1/10 gr but <2 gr, or >=2 dosage units but <10 dosage units 41-29-139(c)(1)(B).F, Cont. Subst.: Sched. I/II (not marj): Possession: >=2 gr but <10 gr, or >=10 dosage units but <20 dosage units 41-29-139(c)(1)(C).F, Weapon, Stolen: Possession 97-37-35(1).F by indictment, filed in the said Court at the MAY Term, and have you then and there this writ.

Witness the Honorable Debra H. Gibbs, Judge of the First Circuit Court District of said State, and the Seal of said Court hereunto affixed.

Issued this the 11th of October 2023.

Zack Wallace
Hinds County Circuit Clerk

By: ___/s/ Lagecha McKinley___ D.C.

C/S poss x²

poss stln weapon

STATE OF MISSISSIPPI
COUNTY OF HINDS
Served and/or in custody
This _19_ day of _Oct_, 20_23_
Tyree D. Jones, Sheriff
By _____ D.S.

CLT-(BATTLE)-000158

# Person Display

10/5/2023 8:54 AM

23- 1192 DH6

| Person Information | |
|---|---|

| Person's Name | Person's Address |
|---|---|
| Paul  Battle | 5250 Telfair Pl, Jackson, MS  39206 |

| DOB | Sex | Height | SSN | Race | Weight |
|---|---|---|---|---|---|
| ▮▮▮ | Male | 6'01" | ▮▮▮ | Black | 176 lbs |
| OLN | Hair | Eyes | Prior Offender Status | SID# | FBI# |
| 800999997 MS | Black | Brown | | | |

| Notes: | | |
|---|---|---|
| | Rest Ordered: | BC Balance: |
| | Rest Balance: | 0.00 |
| | Prog Balance: 0.00 | |

| Referrals | Cases |
|---|---|

**Report # 2023-080807 Received on 09/15/2023 From Capitol Police Department**
    Assigned: Grand Jury Team

  97-37-35(1) Weapon, Stolen: Possession

  41-29-139(c)(1)(B) Cont. Subst.: Sched. I/II (not marj); Possession; >=1/10 gr but =2 dosage units but <10 dosage units
  41-29-139(c)(1)(C) Cont. Subst.: Sched. I/II (not marj); Possession; >=2 gr but =10 dosage units but <20 dosage units

**Issued on 09/18/2023**

  Rest Ordered: 0.00, Rest Bal: 0.00, Hinds

  97-37-35(1) Weapon, Stolen: Possession Class ;F

  41-29-139(c)(1)(B) Cont. Subst.: Sched. I/II (not marj); Possession; >=1/10 gr but <2 gr, or >=2 dosage units but <10 dosage units Class ;F
  41-29-139(c)(1)(C) Cont. Subst.: Sched. I/II (not marj); Possession; >=2 gr but <10 gr, or >=10 dosage units but <20 dosage units Class ;F

**Report # 2021-017769 Received on 09/03/2021 From Jackson Police Department**
    Assigned: Jody E Owens

  97-3-7(2)(a) Crimes Against Person: Aggravated Assault

**Issued on 09/03/2021, Court Number 25CI1:2021-cr-00661-EFP**

  Rest Ordered: 0.00, Rest Bal: 0.00, Hinds

  97-3-7(2)(a) Crimes Against Person: Aggravated Assault Class ;M

CLT-(BATTLE)-000159

09/26/2023 TUE 13:04  FAX

09/22/2023 FRI 18:19  FAX

☑025/025

# IN THE COUNTY COURT OF HINDS COUNTY, MISSISSIPPI
## FIRST JUDICAL DISTRICT

STATE OF MISSISSIPPI

**CASE NUMBER: 2023-CAPD**
(Capital Police Department)

VS

**Paul DeAnthony Battle**

## RELEASE ORDER

This cause this day came on for consideration of released of the above named defendant from custody of the Hinds County Detention Center pursuant of Rule 6.03 of Uniform rules of Circuit and County Court Practice as adopted by Mississippi Supreme Court, in that, the above named defendant was held in custody without being brought before a judicial officer for an Initial Appearance within forty- eight hours of arrest. Additionally, no charging affidavits have been submitted to the court.

It is therefore

ORDERED AND ADJUDGED that the above named defendant be, and hereby is, released from the custody of hinds County Detention Center on the felony charge(s)under which he was booked, to wit.

### CHARGE(S)

### Fleeing LEO in a Motor Vehicle

This order does not apply to any misdemeanor or other charges, if any, pending against the defendant.

SO ORDERED THIS THE _____ OF _____ 2023.

_____
Hinds County Court Judge

Date of Arrest: <u>08/25/2023</u>

CLT-(BATTLE)-000160

CL-5185
SiStER



# HINDS COUNTY DETENTION DIVISION SERVICES

## THIRD PARTY PROPERTY RELEASE AUTHORIZATION
### *INFORMATION DESK ONLY*

RDC: ✓_____ JDC: _____ WC: _____

I, Paul Battle _____    PIN# 23·00002839 .
*(Print Inmate name)*

Date: 8-31-23 _____

Detainee/Inmate's Signature: ✗ Paul Battle _____

I hereby authorize the release of some/all of my property to:

✗ Property released to: Victoria Cooper    ✗ Signature: _____
*(Print Name)*

Phone Number: _____ Driver's License Number: _____
*(attach copy of license)*

Property released in the computer by: Laleta Womack    Time: 1009

Property released by: Laleta Womack    Time: 1009
*(Deputy's Signature)*

*Items released:*
1. 1 black wallet
2. 1 pack papers
3. 2 shoe strings
4. 1 braclet
5. 2 gold ticks
6. 1 cell phone
7.
8.
9.
10.

MISSISSIPPI DRIVER LICENSE
EXP 10/03/2024
COOPER
VICTORIA SHANEZE
RAYMOND, MS 39154-2201
10/13/2020
R    NONE    NONE
F    5'-09"
BRO

S Property Printout

Inmate Name( ID ):    BATTLE, PAUL( 7720090997 )


Type:            POSS
Location:        BOOKING-00
Description:     1 BLACK WALLET WITH CARDS 1 PACK GOOD TIMES ROLLING PAPERS 2 MULTI
                 COLORED SHOE STRINGS 1 BRACELET THAT APPEARS TO BE GOLD 2 TICKETS 1
                 TCL  CELL PHONE WITHOUT CASE AND CRACKED CASE


Release Date( Time ):  08/31/2023( 10:45 )
Released To:      VICTORIA COOPER
Relationship:     04


Entered By( Date ):    LW2327( 08/31/2023 )



IN THE COUNTY COURT OF THE FIRST JUDICIAL DISTRICT
OF HINDS COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

**VS**

**Battle, Paul**                                    CASE: 2023-080807

<u>INITIAL APPEARANCE</u>

THIS DAY, the above-named Defendant had a U.C.R. Rule 6.03 Initial Appearance before the
undersigned County Judge.

The Defendant was advised that he/she was charged with the crime of

**<u>Poss. Of Stolen Firearm/ Poss. Of C/S (Sch II) w/ Firearm (2cts)</u>**

and was provided a copy of the complaint(s).

The Defendant was also advised of the following:

(1) That the Defendant is not required to speak and that any statements he/she makes may
   be used against him/her;

(2) If the Defendant is unrepresented, that he/she has the right to assistance of an attorney, and
   that if he/she is unable to afford an attorney, an attorney will be appointed to represent
   him/her;

(3) That the Defendant has the right to communicate with an attorney, family or friends, and that
   reasonable means will be provided to enable him/her to do so; and

(4) That the Defendant has a right to a preliminary hearing while the Defendant remains in
   custody, and a date for such hearing shall be set upon request unless said preliminary hearing
   is waived in writing or in open Court and upon the advice of the Defendant's attorney. If the
   preliminary hearing is waived by the Defendant, said Defendant shall be bound over to the
   next Grand Jury,

Bond is set in the amount of $ _No Bond_ and upon the conditions set forth in a
separate order of the Court, _Arthur 3, Setur our defendant_

GPS MONTIORING SYSTEM _____

SO ORDERED AND ADJUDGED on this, the __24th__ day of __August__, 2023.

_____
COUNTY COURT JUDGE

ATTORNEY: _Public Defender_

I WILL HIRE MY OWN ATTORNEY. I DO NOT WANT A FREE,
COURT APPOINTED ATTORNEY this the ____ day of _____

CLT-(BATTLE)-000163

*pdate*
*08/28/2023*
*↑BN*

# STATE OF MISSISSIPPI
# CAPITOL POLICE

500 North West Street, Jackson, MS  39201

Case Number: 2023080807

# AFFIDAVIT

**STATE OF MISSISSIPPI**
**COUNTY OF HINDS**

Personally appeared before me, the undersigned authority, in and for **The State of Mississippi Capitol Police, Martez Jackson** who being duly sworn, deposes and says that in the said **State of Mississippi** on or about the **25th** day of **August 2023**, one **Paul Deanthony Battle.**

Did willfully, intentionally, knowingly, and feloniously possess, **a stolen black Taurus G2c 9mm SemiAuto Handgun, Serial# ABD481597.**

### CHARGE: Possession of Stolen Firearm

### 97-37-35

AFFIANT: _____  Flex 13

Sworn and Subscribed before me this 28th day of August 20 23

_____
**Hinds County Judge**

# FILED

AUG 28 2023

ZACK WALLACE, CIRCUIT CLERK

BY_____ D.C.

CLT-(BATTLE)-000164

# STATE OF MISSISSIPPI
# CAPITOL POLICE

500 North West Street, Jackson, MS 39201

Case No: 2023080807

## ARREST WARRANT

### TO ANY LAWFUL OFFICER OF THE STATE OF MISSISSIPPI:

You are hereby ordered to take the body of **Paul Deanthony Battle**, whose date of birth is
███████ and whose address is believed to be: ████████████████ **MS 39206** and bring
said person before the **Hinds County Judge** without unnecessary delay for initial appearance on
the charges of:

### Charge 1: Possession of Stolen Firearm

### 97-37-35

GIVEN under my hand and issued this ___28th___ day of ___August___ 2023

_____
Hinds County Judge

**Officer's Return:**
I have executed this arrest warrant on this
The ___ day of August.

OFFICER: _____ flex 13

FILED

AUG 28 2023

ZACK WALLACE, CIRCUIT CLERK

BY_____ D.C.

# STATE OF MISSISSIPPI
# CAPITOL POLICE

500 North West Street, Jackson, MS 39201

Case Number: 2023080807

# AFFIDAVIT

**STATE OF MISSISSIPPI**
**COUNTY OF HINDS**

Personally appeared before me, the undersigned authority, in and for **The State of Mississippi Capitol Police, Martez Jackson** who being duly sworn, deposes and says that in the said **State of Mississippi** on or about the **25th** day of **August 2023**, one **Paul Deanthony Battle.**

Did willfully, unlawfully, knowingly, and feloniously **possess a Schedule II Controlled Substance, 1.9 grams crack cocaine while in possession of a firearm.**

**CHARGE: Possession of Scheduled II Controlled Substance w/Firearm**

**41-29-152**

AFFIANT: _____ Flex 17

Sworn and Subscribed before me this 28th day of August 20 23

_____ Hinds County Judge



**FILED**

AUG 28 2023

ZACK WALLACE, CIRCUIT CLERK

BY_____D.C.

# STATE OF MISSISSIPPI
# CAPITOL POLICE
### 500 North West Street, Jackson, MS 39201

Case No: 2023080807

# ARREST WARRANT

### TO ANY LAWFUL OFFICER OF THE STATE OF MISSISSIPPI:

You are hereby ordered to take the body of **Paul Deanthony Battle,** whose date of birth is
███████ and whose address is believed to be: ██████████████ MS 39206 and bring
said person before the **Hinds County Judge** without unnecessary delay for initial appearance on
the charges of:

### Charge 1: Possession of Scheduled II Controlled Substance w/ Firearm.

### 41-29-152

GIVEN under my hand and issued this _28th_ day of _August_ 2023

_____
**Hinds County Judge**

**Officer's Return:**
I have executed this arrest warrant on this
The ___ day of <u>August.</u>

OFFICER: _____ Fler 13

FILED

AUG 28 2023

ZACK WALLACE, CIRCUIT CLERK

BY_____ D.C

# STATE OF MISSISSIPPI
# CAPITOL POLICE
500 North West Street, Jackson, MS 39201

Case Number: 2023080807

# AFFIDAVIT

**STATE OF MISSISSIPPI**
**COUNTY OF HINDS**

Personally appeared before me, the undersigned authority, in and for **The State of Mississippi Capitol Police, Martez Jackson** who being duly sworn, deposes and says that in the said **State of Mississippi** on or about the **25th** day of **August 2023**, one **Paul Deanthony Battle.**

Did willfully, unlawfully, knowingly, and feloniously **possess a Schedule II Controlled Substance, 4.1 grams Crystal Methamphetamine while in possession of a firearm.**

CHARGE: **Possession of Scheduled II Controlled Substance w/Firearm**

**41-29-152**

AFFIANT: _____ Flex 13

Sworn and Subscribed before me this 28th day of August 20 23

_____
**Hinds County Judge**

FILED

AUG 28 2023

ZACK WALLACE, CIRCUIT CLERK

BY _____ D.C.

# STATE OF MISSISSIPPI
# CAPITOL POLICE
500 North West Street, Jackson, MS  39201

Case No: 2023080807

# ARREST WARRANT

## TO ANY LAWFUL OFFICER OF THE STATE OF MISSISSIPPI:

You are hereby ordered to take the body of **Paul Deanthony Battle**, whose date of birth is
███████ and whose address is believed to be: ████████████ **MS 39206** and bring
said person before the **Hinds County Judge** without unnecessary delay for initial appearance on
the charges of:

### Charge 1:

**GIVEN under my hand and issued this** _28th_ **day of** _August_ _2023_

_____
**Hinds County Judge**

**Officer's Return:**
I have executed this arrest warrant on this
The ___ day of August.

OFFICER: _____ Flex 13

FILED

AUG 28 2023

ZACK WALLACE, CIRCUIT CLERK

BY_____ D.C.




*Mississippi Capitol Po¹*

## Arrest Form

THIS FORM MUST BE FILLED OUT BY THE ARRESTING AGENCY AND PRESENTED TO THE BOOKING SUPERVISOR ON ALL SUBJECTS PLACED IN THE HINDS COUNTY DETENTION CENTER:

PLEASE PRINT OR TYPE

Defendant's Name: _Paul D. Battle_____ a/k/a/: _____

Last · First

Race: _Blk_ Sex: _M_ D.O.B. ▇▇▇▇▇ S.S.#: ▇▇▇▇▇▇

Address: ▇▇▇▇▇▇▇▇ _Jxn_____ State: _MS_ Zip: _____

Telephone Number: _____0_____ Date of Arrest: _8/75/13_

---

### AGENCY INFORMATION
(UNINDICTED DEFENDANTS ONLY)

Arresting Agency: _Capitol P.D._

Arresting Officers Name: _R Cates_____ Badge#: _P-45_

Charge(s) and Class of Charge(s): (Felony, Misdemeanor, or other — Specify) list below:

| Charge: | Case or Event No.: | Class of Charge: |
|---|---|---|
| Felony Fleeing | | F |
| Poss. of Schedule II with Firearm | | F |
| Poss. stolen Fire Arm | | F |
| | | |
| | | |

---

### AGENCY INFORMATION
(INDICTED DEFENDANTS ONLY)

Agency: _____ Arresting Officer: _____

Arrested on indictment/capias, violation of probation/suspended sentence, FTA warrant or indictment, surrender bonding company or any arrest in connection with an indictment. Please list the charge, and the indictment number:

_____ Indictment #: _____

_____ Indictment #: _____

---

Amount of Bond $ _____ Per charge or total   Set By: _____

SUBJECTS BROUGHT TO THIS FACILITY MUST HAVE A BENCH WARRANT AND AFFIDAVIT SIGNED BY A JUDGE IN BOOKING WITHIN 24 HOURS OF ARREST. NO EXCEPTIONS!

BOOKING: (601)857-4800     BOOKING FAX: (601)857-4887

CLT-(BATTLE)-000170



## PAUL DEANTHONY BATTLE PIN# 90997 INMATE LEGAL DOCUMENTATION LOG
## UPDATED BY S HARRIS

| Date Document was Received | Item / Type | Date of Authorization | Description | Result | Update by |
|---|---|---|---|---|---|
| 3-30-21 | ARREST REPORT | 3-30-21 | AGGRAVATED ASSAULT CASE# 2021-017769 | WAITING FOR COURT | SH |
| 3-31-21 | JAMC | 3-31-21 | AGGRAVATED ASSAULT SIMPLE ASSAULT VTO'S | $75,000 BOND AGGARAVTED ASSAULT CHARGE PER JUDGE JUNE HARDWICK | SH |
| 3-31-21 | JAMC | 3-31-21 | SIMPLE ASSAULT | CASE DISMISSED | SH |
| 3-31-21 | JAMC | 3-31-21 | VTO'S | PAYMENT PLAN | SH |
| 4-4-21 | Release Form | 4-4-21 | Released per Booking Sgt Basic Henderson | Released 875,00 = Bond Posted 9/0 Liberty Bail Bond Nes1 martin power # | SH |
| 10-21-21 | Indictment Papers | 10-21-21 | Aggravated Assault Indictment # 21-661EFP | AJ3100-160224 | SH |
| | | | | | |
| | | | | | |

CLT-(BATTLE)-000171

## ARREST FORM

THIS FORM MUST BE FILLED OUT BY THE ARRESTING AGENCY AND PRESENTED TO BOOKING SUPERVISOR ON ALL SUBJECTS PLACED IN THE HINDS COUNTY DETENTION CENTER.     PLEASE PRINT OR TYPE.

Defendant's Name _Battle, Paul Deanthony_ a/k/a _____
     Last Name          First Name

Race/Sex _B/M_____ DOB ▆▆▆▆▆ SS# ▆▆▆▆▆▆

Height _6' 1"_____ Weight _190_____ Telephone # _____

Address ▆▆▆▆▆▆▆ _MS 39154_____

Date/Time of Arrest _10/21/21_  _9:25 AM_ Location of Arrest _RDC_____

*************************************************************

## AGENCY INFORMATION (UNINDICTED DEFENDANTS ONLY)

Arresting Agency _____

Arresting Officer's Name _____ PID# _____

CHARGE(S) AND CLASS OF CHARGE(S) (FELONY, MISDEMEANOR, OTHER - SPECIFY), LIST BELOW:

| CHARGE: | CASE NO.: | CLASS OF CHARGE: |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*************************************************************

## OR
## AGENCY INFORMATION (INDICTED DEFENDANTS)

Arresting Officer's Name _Linda Brown_____ LEO Agency _HCSO_

If arrested on indictment / capias, violation of probation / suspended sentence, failure to appear warrant on indictment, surrender by bonding company on indictment, or any arrest in connection with an indictment, please list the reason and state the indictment number:

_Aggravated Assault_____ Indictment No. _21-0-66/EFP_

_____ Indictment No. _____

*************************************************************

Amount of Bond_____ Set by _____
                                      (Name, Title)

(if no bond is set, please so indicate above)

A copy of the affidavit and warrant should be attached. If it is not available at time of arrest, a copy must be forwarded to the Hinds County Detention Center within 24 hours.

*P 131*    *L 38*

Case: 25CI1:21-cr-00661-E. P *SEALED*    Document #: 2    Filed: 09/07/2021    Page 1 of 1

*Rec 9-13-21*

## IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

*2021-1083*

State of Mississippi                                    **Plaintiff**

v.                                    Cause No.: 25CI1:21-cr-00661-EFP *SEALED*

**PAUL BATTLE**                                    **Defendant**

### CAPIAS

We command you to take PAUL BATTLE wheresoever she/he may be found in your County, and her/him safely keep, so that you have his/her body before the Circuit Court of HINDS County, Mississippi, INSTANTER, then and there to answer the State of Mississippi, on the charge of <u>Crimes Against Person; Aggravated Assault 97-3-7(2)(a).F</u> by indictment, filed in the said Court at the JANUARY Term, and have you then and there this writ.

Witness the Honorable Judge Eleanor Faye Peterson, Judge of the First Circuit Court District of said State, and the Seal of said Court hereunto affixed.

Issued this the 7th of September 2021.

Zack Wallace
Hinds County Circuit Clerk

By: __/s/ Lagecha McKinley__ D.C.

*Agg Assault (Choking)*

STATE OF MISSISSIPPI
COUNTY OF HINDS
Executed and in custody
This _31st_ day of _October_, 20_21_
LEE D. VANCE, SHERIFF
By _Linda Brown_ D.S.

```
                        DISTRICT ATTORNEY MAIN DISPLAY
JUDICIAL DISTRICT 1                                          DAMAIN-612
DATE RECV _7-13-2021   REVIEW BY AH_  CONTROL NO  46088  BOOK NUMBER ____-_____
ORIG CASE NUMBER 2021-017769____   ORIG AGENCY JPD__   ORIG DIV  SPEC.VICT.

NAME BATTLE_PAUL_____  R/S B/M  SSN ██████████
AKA                                                MORE AKA EXIST N
DOB1 _███████████    DOB2 __-_-____       DOB3 __-_-____
PHONE1 ____-___-____   PHONE2 ____-___-____    PHONE3 ____-___-____
ADDRESS ███████████████████████     CITY STATE  JACKSON,MS_____
ZIP 39212-_____     OFFENSE DATE _2-14-2021  ARREST DATE _2-14-2021   HABITUAL _
TO GRAND JURY Y    TERM _1-2021          SESSION _7-2021

OTHER CASES _____  _____   MORE EXIST N
CO DEFENDANTS                                     MORE EXIST N
VICTIMS      DAPHANE SULTON                       MORE EXIST N
WITNESSES                                         MORE EXIST N
FAMILY                                            MORE EXIST N
VAC _____

ADD MORE _   JAIL _  CIRCUIT COURT _  COUNTY COURT _  COURT ADMIN _
      TRANSMIT-NEXT SCREEN,FUNCTION 2-MORE,FUNCTION 1-MENU
```

21-661 EFP

9/21/21, 8:23 AM                                    Hinds County Sheriff's Office -

DataForce Search

Jail Management System - Person

MNI 77   00090997

IOC #                          Local ID: 090997                    GTL Pin # 1997

Last   BATTLE              First: PAUL                Middle: DEANTHONY
Name:
Suffix:                       Nickname:

DOB                          Age: 031              Citizen? :

Sex   M                       Race: B               Ethnicity:

Height -5      -0             Weight: 160           Eyes: BRO

Birth City: JACKSON           Birth   MS            Hair: BLK
                              State:

Social:                       IDOC #:                DOC #:

FBI #                         SID                    Local ID: 090997

Address: 52800        TELFAIR                  PL            Apt #:

City: JACKSON              State MS                     Zip 39206     0000

Phone: MOTHER     ( 601  ) 201  - 4094   Hours There/From:        to:

                  ( 601  ) 497  - 4324   Hours There/From:        to:

                  (      )       -       Hours There/From:        to:

License:                      Exp Year                  Class:

Marks/Scars

Photo Date 03  / 30  / 2021   Photo # 2010   004185        Fingerprint 30  / 30  / 2021
                                                            Date:
Married: S                    Education: 35                Military: N

Medical y                     HIV                          Universal
Asked:                        Positive:                    Caution:
Medical 0000000               Escape                       Hold Code:
Cost:                         Code:
Lock Money                    Check:                        State Date       /    /

Last School                                                  Last
                                                             Attended:
GED                           HS                             Last Grade
                              Diploma:                       Completed:
                 Have you ever been declared Special ED:

                 Do you want to work on your GED:

More Photos(3)

View MNI Tree

Arrest Control

Jail Management

Description   Employer   Alias/Gang   Scars/Tattoos

CLT-(BATTLE)-000175

9/21/21, 8:24 AM                    Hinds County Sheriff's Office - Main Menu

DataForce Search

Jail Management System                                                          Release Information

Jacket #:7700090997   Booking #:21-00000848   Cell:RELEASED - 00

Password:

Booked: 03 / 30 / 2021              Time: 13 : 44
Released: 04 / 20 / 2021            Time: 11 : 36

Warrant Check: BH0307  ☐  HENDERSON,BESSIE        Clear: y
Released By: BH0497   ☐  HENDERSON,BESSIE        Disposition: ☐

Comments: RELEASED $75,000 BOND POSTED A/O LIBERTY BAIL
BOND NEAL MARTIN WITH PWR #AS100-160779 04/20/2021
*BH

                                                            More Photos(3)

                                                            View MNI Tree

                                                            Arrest Control
                                                            Jail Management

CLT-(BATTLE)-000176



9/21/21, 8:23 AM

Hinds County Sheriff's Office - in nu

DataForce Search

Jail Management System

Charge(s)/Court Data/Sentencing

Jacket #:7700090997    Booking #:21-00000848    Cell:RELEASED - 00

Booking #: 21

Bkg Date: 3 / 30 /
2021

Bkg Time:

Location:

Officer:

Date / /

Apt. #:

Time:

Classification:

Jail Time:

Arrest
Agency:

2021-017769    97-3-7(2)F - AGGRAVATED ASSAULT    75,000.00 BOND, BONDING COMPANY

Charge:

Status:

Counts:

Severity:

Date
Entered:

Time:

Bond Amt:

Bond Total:

Incident #

Case #:

Warrant #:

Warrant Date: / /

Court:

Date / /

Time:

Judge:

Comments:

More Photos(3)

View MNI Tree

Arrest Control

Jail Management

There are no court entries for this booking

Disposition:

Date / /

Sent(YMD):

CTS(YMD)

Probation(Yrs)

Start: / /

Release: / /

Admin / /

CLT-(BATTLE)-000177

1239PM

## Release Information

Released By: BH9497 - HENDERSON,BESSIE     Release Date: 04/20/2021 / 11:36

Chk'd Warrants: BH9497 - HENDERSON,BESSIE     Warrants Clear? YES

Disposition: -

Comments: RELEASED $75,000 BOND POSTED A/O LIBERTY BAIL BOND NEAL MARTIN WITH PWR #AS100-160779 04/20/2021 *BH

Inmate Signature: _Paul D Battle_

BATTLE, PAUL

Officer Signature: _____

HENDERSON,BESSIE (BH9497)

Transporting Off: _____

CLT-(BATTLE)-000178

## Release Information

Released By: _BH9497 - HENDERSON,BESSIE_      Release Date: _04/20/2021 | 11:36_

Chk'd Warrants: _BH9497 - HENDERSON,BESSIE_      Warrants Clear? _YES_

Disposition: -

Comments: _RELEASED $75,000 BOND POSTED A/O LIBERTY BAIL BOND NEAL MARTIN WITH PWR #AS100-160779 04/20/2021 *BH_

Inmate Signature: _Paul D Battle_

BATTLE, PAUL

Officer Signature: _____

HENDERSON,BESSIE (BH9497)

Transporting Off: _____

CLT-(BATTLE)-000179

## Inmate Property Release Form

| | |
|---|---|
| **Inmate:** | BATTLE, PAUL |
| **Release Date:** | 04/20/2021 **Time:** 11:36 |
| **Released To:** | PAUL BATTLE |
| **Relationship:** | SF |
| **Description:** | SUBJECT HAVE BLACK, SHOE STRINGS, KEYS AND BLACK DU-RAY; SUBJECT HAVE ON WHITE T-SHIRT, BLACK SHORT PANTS, BLACK SHOES. |

PAUL BATTLE



# HINDS COUNTY DETENTION DIVISION SERVICES
## DETAINEE/INMATE PICK-UP

RDC ___X___        JDC _____        WC _____

DETAINEE/INMATE: Battle, Paul

PIN NUMBER: n-090997

SS# ▮▮▮▮▮▮▮▮▮

DOB: ▮▮▮▮▮▮▮▮▮

DATE/TIME: 4/20/21 / 1235

NOTES: _____

### DETAINEE/INMATE PICKED UP BY:

MISSISSIPPI DRIVER LICENSE

COOPER
VICTORIA SHANEZE

Form No. 2021-10

CLT-(BATTLE)-000181



Name:  BATTLE, PAUL DEANTHONY

Booking #:  21-00000848        Jacket #:  77-00090997        Local ID:  090997
DOC #:                         State #:                      FBI #:
License:                       State:                        Expiration:

DOB: ███████████            Age:  31              SSN: ████████████
POB:  JACKSON, MS

Race:  B                    Gender:  M              Ethnicity:
Height:  6' 03''            Weight:  190            Eye/Hair:  BRO/BLK

Address: ████████████████
City:  JACKSON            State:  MS                Zip:  392060000

Employer:  GRADUATION SUPPLY WAREHOUSE
City:  JACKSON            State:  MS                Zip:
Phone:                   From:                      To:

## Booking & Release Information

|  |  |  |
|---|---|---|
| **Booked #:** | 21-00000848 | |
| **Agency:** | JPD - JACKSON PD | |
| **Booked By:** | WILEY,WYNIANCE (WW1537) | **Date:** 03/30/2021(13:44) |
| **Release By:** | , () | **Date:** () |
| **Reason:** | | |
| **Comments:** | | |

## Arrest Information

|  |  |  |
|---|---|---|
| **Agency:** | JPD - JACKSON PD | |
| **Arrested By:** | #359 (S.JORDAN) | **Date:** 03/30/2021(06:45) |

## Charge Information

|  |  |  |
|---|---|---|
| **Charge:** | AGGRAVATED ASSAULT | |
| **Arrested By:** | #359 (S.JORDAN) | **Date:** 03/30/2021(06:45) |
| **Bond Amt:** | 75,000 | |

## Inmate Property Information

**POSS** - SUBJECT HAVE BLACK, SHOE STRINGS, KEYS AND BLACK DU-RAY

**CLOTHES** - SUBJECT HAVE ON WHITE T-SHIRT, BLACK SHORT PANTS, BLACKSHOES.

By signing this document you agree that you have received all of your personal property held by this jail facility.

_____        _____
Inmate Signature                        Date

_____        _____
Officer Signature                       Date

CLT-(BATTLE)-000183

## Community Resources

### University of Mississippi Medical Center

1. Alcoholic anonymous     601-928-0081
2. Narcotics anonymous     601-949-9499
3. Department of Mental Health helpline   1-877-210-8513

### Low Cost Outpatient Treatment

1. Alcoholic Services Center 950 N. West St. Jackson MS 601-376-2166
2. Hinds Behavioral Health 3450 Hwy 80 W Jackson, MS  601-321-2400
3. Jackson Hinds Comprehensive 3502 W Northside Dr 601-352-5321
4. Jackson Medical Mall 350 W. Woodrow Wilson Jackson, MS  601-982-9191

### Low Cost Residential Programs

1. Gateway Rescue Mission 328 S. Gallatin St Jackson, MS 601-353-5864 Contact Pastor Sweet
2. Friends of Alcoholics must complete pre-screening form; 8-week program 1298 F.O.A. Road Jackson, MS 601-362-4275
3. Billy Brumfield House apply in person through community stewpot 1244 Gallatin St. Jackson, MS 601-984-2864

### Local Mental Health

1. Hinds Behavioral Health Services 3450 Hwy 80 W Jackson, MS 601-321-2400

### Government Assistance

Hinds Department of Human Services 4777 Medgar Evers Blvd 601-352-9892

### Mississippi Department of State Health

Jackson Medical Mall   350 W. Woodrow Wilson Ave. 601-432-3070 (TB Skin Test Reading)

### Mississippi Access to Care

Identify needs and find providers of services 1-844-822-4622

TB Skin Test Given _____          Date to be read _____

Nurse Signature _____          Date 4/20/21

Inmate Signature _Paul P Battle_          Date 4/20/21

Inmate Print Name _Paul D Battle_

```
Reference : 06040000B
Msg ID    : 06040000B
Msg Key   : QV
Date/Time : 20210420094750
Emp Act   :
Requester :
User      :
ORI       : MSNCIC000
Source    : NCIC
Dest      : 31108
Control   : MRI0847571
Summary   : QW: QW, BATTLE, PAUL
```

```
TXT: 1L01007L,N-MRI0847571
MSG28C001
NO NCIC WANT SOC/           ████
NO NCIC WANT NAM/BATTLE,PAUL DOB/        ████  RAC/B SEX/M
*AVERAGE KEY QV SEARCHES WANTED PERSON FILE FELONY RECORDS REGARDLE
EXTRADITION AND MISDEMEANOR RECORDS INDICATING POSSIBLE INTERSTATE
EXTRADITION FROM THE INQUIRING AGENCY'S LOCATION.  ALL OTHER NCIC PERS
FILES ARE SEARCHED WITHOUT LIMITATIONS.
```

```
MRI 0847572 31108     S AT 09:47:50 04/20/21
```

# LIBERTY

## BAIL BONDS & LEGAL SERVICES, LLC.

### AND

### AMERICAN SURETY COMPANY

This Bond is in Compliance with
Section 99-5-1

LIBERTY BAIL BONDS & LEGAL SERVICES, LLC.
AMERICAN SURETY COMPANY

CIRCUIT COUR

STATE OF MISSISSIPPI
COUNTY OF _Hinds_

AGENT: _Neal Martin_
CASE NO: _2021-p1-7769_
POWER NO: _†0 0 160779_
INDICTMENT NO: _____
PIN NO: _90997_
RACE: _Black_
SEX: _Male_   DOB: ▆▆▆▆
SSN: ▆▆▆▆▆▆▆

JACKET # 77-000 90997

We, _Paul Anthony Battle_ Principal, and American Surety Company and Liberty Bail Bonds & Legal Services, LLC., agree and bind ourselves to pay unto the State of Mississippi _Seventy Five Thousand_ Dollars ($_75,000_) unless the said _Paul Anthony Battle_ shall appear before the _Circuit_ Court of _Hinds_ County at next term thereof held at the courthouse in the _____ Judicial District of said County in the City of _Jackson_ on the _____ day of _Next Term_ time _____ to answer to a charge of _Aggravated Assault_ _____ and then and there remain from day to day and term to term, until discharged by law, said charge being by _Affidavit_

Witness our signature, this the _20_ day of _April_ A.D. _2021_

Principal: _Paul D. Duff_                    Address: _5200 78 le Fann Pl_

CIRCUIT COURT _Jackson MS 39206_

_Neal Martin_                    LIC# _9504164_

Agent for Liberty Bail Bonds & Legal Services, LLC.

American Surety Company
Approved this _____ day of _____ _____
Attorney

Sheriff _Lee Vance_ County, Miss.
By _Sgt B. Stew_ Deputy

| | |
|---|---|
| Soliciting Ball Agent Stamp here Only. | Mississippi Insurance Department **Professional Ball Agent** **Joseph Wages** License Number 200786 _Joseph Wages_ |

Professional Agents DO NOT stamp.

**Liberty Bail Bonds**
**P.O. Box 12**
**Brandon, MS 39043**

American Surety Company
250 E. 96th St., Ste. 202
P.O. Box 68932
Indianapolis, IN 46268
Phone: (317) 875-8700

NOTE: When a defendant appears before a court and enters a plea of guilty and the amount of fine is entered into the court records, the bond is discharged. A bail bond, per 99-5-28, guarantees the appearance of the defendant only - it does not guarantee the payment of fines or costs. Charges on bonds can NOT be split.

CLT-(BATTLE)-000186

03/31/2021 WED 13:25 FAX ---- Raymond Booking @002/005

Updated
3-31-2021



SCANNED

**JACKSON MUNICIPAL COURT SERVICES**

LINE _19_    PAGE _128_

**JACKSON MUNICIPAL COURT: UPDATE ON STATUS ON INMATE HELD BY HCSO**

**To Hinds County Sheriff's Office-Booking:** The following inmate has had some change in the status of one or more of his charges for which he remains in your custody. These changes may relate to the bail set by the court, any change in the gravity of the offense, or information provided by the Police Department or a Judge which requires an updating of his booking record.

Inmate's Name: _Battle, Paul_

Date of Arrest/Transported to Raymond: _3/30/21_

JPD Case Number(s) _21-017769- Agg Assault - 75,000 Bond per Judge Hardwick_
_No Contact w/Victim - Transferred to HCSO per Judge Hardwick_
_21-018169- Simple Assault - Case Dismiss_

Type of Criminal Charge: _Payment Plan - VTO's 16T14335 / 16T022386 /_
_16T848678-79 / 17TD13561-62_

Change in Status Required: _____

_____

_____

_____

_____

Deputy Court Clerk: _Stephne Womack_    Date: _3/31/21_

**PLEASE TELEPHONE THE DEPUTY COURT CLERK AT** 960-1947 **OR** 960-1948, **SHOULD YOU HAVE A QUESTION REGARDING THIS INMATE'S STATUS.**

CLT-(BATTLE)-000187

## JACKSON POLICE DEPARTMENT

## FIELD ARREST REPORT

| 1 ARRESTED SUSPECT NAME (LAST-FIRST-MIDDLE) | | 2 RESIDENCE ADDRESS | 3 CASE NUMBER |
|---|---|---|---|
| Battle, Paul D. | | 3106 Wright Man St. | 2021-017769 |

| 4 SOCIAL SECURITY NUMBER | 5 RACE, AGE, SEX, DATE OF BIRTH | 6 CHARGES and CLASSIFICATION |
|---|---|---|
| ██████████ | Blk, Male, 31, Male | Aggravated Assault |

**7 PLACE OF EMPLOYMENT**
School Supply

**8 PERSON MAKING COMPLAINT**
Det. Shorer Jordon

**9 ARRESTING OFFICER and IBM NUMBER**
Det. Shorer / Jordon #3859

| 10 ADDRESS and LOCATION OF ARREST | 10A DATE and TIME OF ARREST |
|---|---|
| Jackson, Miss | 3/30/21  06:45 |

**11 DESCRIBE BRIEFLY SPECIFIC ACT FOR WHICH ARRESTED**
Suspect Paul Battle May-Assaulted a Juvenile Female by choking
Choked her neck area.

JPD Form 1052-A

Ivon 172443

CLT-(BATTLE)-000188

# BENCH WARRANT

Not injad

Case Number    2021-40017769
Division    Special Victims
Watch Number _____

Detective's Name Sharon Jordan
IBM 359

THE STATE OF MISSISSIPPI
MUNICIPAL COURT
CITY OF JACKSON
To any Law Officer of The State of Mississippi
  WE COMMAND YOU, forthwith to take the body of

RECEIVED
MAR 1 2021
MUNICIPAL COURT
JACKSON, MS

| NAME- LAST, FIRST, MIDDLE | ADDRESS |
|---|---|
| Battle Paul(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) | 5250 Telfair Place, Jackson, Ms.39206 |

and bring said person before the Municipal Judge of the aforesaid court without unnecessary delay to answer to a charge of

Aggravated Assault

97-3-7(2)

| RACE | SEX | AGE | DOB | HEIGHT | WEIGHT | HAIR COLOR | EYE COLOR |
|---|---|---|---|---|---|---|---|
| Blk | Male | 31 | ▮▮▮▮ | 5'9 | 190lbs | Bro | Bro |

PHYSICAL CHARACTERISTICS

| WARRANT DATE | DATE SERVED | CHARGE | CASE NUMBER | AGENCY OTHER THAN JACKSON PD | TRAFFIC OR CRIMINAL |
|---|---|---|---|---|---|
| | | | | | |

## VEHICLE INFORMATION

| TAG YEAR | STATE | LICENSE NUMBER | STATUS | VEHICLE ID NUMBER | MAKE | YEAR MODEL |
|---|---|---|---|---|---|---|
| | | | | | | |

VEHICLE DESCRIPTION

| OWNERS NAME - LAST, FIRST, MIDDLE | | ADDRESS | |
|---|---|---|---|

| TAG YEAR | STATE | LICENSE NUMBER | STATUS | VEHICLE ID NUMBER | MAKE | YEAR MODEL |
|---|---|---|---|---|---|---|
| | | | | | | |

VEHICLE DESCRIPTION

| OWNERS NAME - LAST, FIRST, MIDDLE | | ADDRESS | |
|---|---|---|---|

ALIAS

COMMENTS

Witness my hand, this ___/___ day of ___March___ 20_21_

FIO#11243480

Municipal Judge
CITY OF JACKSON, MISSISSIPPI