# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**PAUL DEANTHONY BATTLE**                                                                 **PLAINTIFF**

**VS.**                                                                 **Civil Action No. :  3:24-cv-168-MTP**

**TYREE JONES, JOHN DOES, NELSON TYLER, SERGEANT SCOTT, OFFICER TERRELL, OFFICER DOTSON, and BRITTANY MILTON**                                                                 **DEFENDANTS**

## SUGGESTION OF DEATH

Counsel for Defendant Officer James Dotson suggests the death of Officer James Dotson upon the record pursuant to Fed. R. Civ. P. 25(a)(1).

This the 3rd day of November, 2025.

**ATTORNEY CHARLES E. COWAN**

By:   /s/ *Charles E. Cowan*
CHARLES E. COWAN (MSB #104478)
CHARLES W. KIHM (MSB #106826)
Wise, Carter, Child & Caraway, P.A.
Post Office Box 651
Jackson, Mississippi 39205
T: (601) 968-5500
cec@wisecarter.com
cwk@wisecarter.com

## CERTIFICATE OF SERVICE

I, Charles E. Cowan, hereby certify that I have served the following on all counsel of record.

This the 3rd day of November, 2025.

/s/ *Charles E. Cowan*
CHARLES E. COWAN