# Clarion Ledger

LOCAL

# Hinds County sergeant killed during shooting on Dorgan Street in Jackson, sheriff says



**Pam Dankins**
Mississippi Clarion Ledger

Nov. 3, 2025, 10:28 a.m. CT

Authorities said a sergeant with the Hinds County Sheriff's Office was killed Sunday, Nov. 2, during a shooting on Dorgan Street in Jackson.

According to Hinds County Sheriff and Interim Jackson Police Chief Tyree Jones, Sgt. James Dotson Jr., 32, died during the shooting that occurred around 6:47 p.m. Sunday in the 1700 block of Dorgan Street in Jackson.

Jones said Dotson had been shot at the location and died at the scene.

Jones said Dotson was a "valued, talented and deeply dedicated" member of the Hinds County Sherriff's Office assigned to the Raymond Detention Center. Dotson was with the agency for eight years.

"Sgt. Dotson served our agency and community with unwavering commitment, professionalism, and compassion," Jones wrote in a Monday, Nov. 3, statement posted via social media. "His presence was a source of strength and stability, and his contributions to our mission of justice and public safety will not be forgotten.

He exemplified the very best of corrections — steadfast in duty, generous in spirit, and respected by all who had the privilege to work alongside him.

"We mourn his loss deeply. Sgt. Dotson will be sorely missed—not only as a colleague, but as a friend, mentor, and servant leader whose impact reached far beyond the walls of our facility.

"On behalf of the entire Hinds County Sheriff's Office, I extend our heartfelt condolences and prayers to Sgt. Dotson's family, friends, and the many lives he touched throughout his career. May they find comfort in the legacy he leaves behind and the love that surrounds them during this difficult time.

"May God bless and keep Sgt. James Dotson, Jr. in eternal peace."

**Several MS law officers indicted:** Mississippi sheriffs among law officers arrested by FBI in drug trafficking bribery scheme

No suspects have been arrested at the time of this publication.

Months prior to Dotson's death, Hinds County Deputy Martin Luther Shields Jr. was fatally shot while responding to a domestic dispute call at a home in Terry. Now, the people who knew Shields best are carrying on his mission through a foundation that bears his name.

If anyone has any additional information relating to this case, contact Crime Stoppers at (601) 355-8477 or the Jackson Police Department at (601) 960-1234.

*Pam Dankins is the breaking news reporter for the Clarion Ledger. Have a tip? Email her at pdankins@gannett.com.*

Case 3:24-cv-00168-MTP    Document 76    Filed 11/03/25    Page 3 of 3