Paul D Battle

3:24-cv-168

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 07 2025
ARTHUR JOHNSTON
BY _____ DEPUTY

I am writing the court to inform them and who's necessary of my new adress change. My new adress is <u>3590 Albermarle rd apt B112</u>, same as on envelope. Thank very much and God Bless.