Paul Battle
3590 Albermarle rd
Apt B112
Jackson Ms 39213


RECEIVED
NOV -7 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

Clerk U.S. District Court
Southern District of Ms
501 E Court., Ste 2.5
Jackson Mississippi 39201

JACKSON MS 390
6 NOV 2025 PM 2 L
1775